# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Teyla*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-559-593**

**Effective Date of Registration:**
June 29, 2018

## Title

| | |
|---|---|
| Title of Work: | uFACTS (NM: Tax and Benefits) |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | June 06, 2013 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Deloitte Consulting LLP |
| Author Created: | computer program |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Deloitte Development LLC<br>30 Rockefeller Plaza, 41st Floor, New York, NY, 10112-0015, United States |
| Transfer statement: | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | Prior published code and licensed code. |
| New material included in claim: | computer program |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Deloitte LLP |
| Address: | 30 Rockefeller Plaza<br>41st Floor<br>New York, NY 10112-0015 United States |

## Certification

Page 1 of 2

**Name:** Scott Malm
**Date:** June 29, 2018
**Applicant's Tracking Number:** 42506-0232002

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Taylor*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-559-594**

**Effective Date of Registration:**
June 29, 2018

## Title

       **Title of Work:**  .uFACTS (Mass: Tax)

## Completion/Publication

       **Year of Completion:**  2010
    **Date of 1st Publication:**  June 07, 2010
  **Nation of 1st Publication:**  United States

## Author

-            **Author:**  BearingPoint Inc.
     **Author Created:**  computer program
  **Work made for hire:**  Yes
         **Citizen of:**  United States

-            **Author:**  Deloitte Consulting LLP
     **Author Created:**  computer program
  **Work made for hire:**  Yes
         **Citizen of:**  United States

## Copyright Claimant

  **Copyright Claimant:**  Deloitte Development LLC
                               30 Rockefeller Plaza, 41st Floor, New York, NY, 10112-0015, United States
   **Transfer statement:**  By written agreement

## Limitation of copyright claim

  **Material excluded from this claim:**  licensed code

  **New material included in claim:**  computer program

## Rights and Permissions

  **Organization Name:**  Deloitte Development LLC

**Address:** 30 Rockefeller Plaza
41st Floor
New York, NY 10112-0015 United States

## Certification

**Name:** Scott Malm
**Date:** June 29, 2018
**Applicant's Tracking Number:** 42506.0232001



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-559-595**

**Effective Date of Registration:**
June 29, 2018

## Title

        Title of Work:    uFACTS (Mass: Benefits)

## Completion/Publication

        Year of Completion:    2013
        Date of 1st Publication:    October 17, 2013
        Nation of 1st Publication:    United States

## Author

        •   Author:    Deloitte Consulting LLP
        Author Created:    computer program
        Work made for hire:    Yes
        Citizen of:    United States

## Copyright Claimant

        Copyright Claimant:    Deloitte Development LLC
            30 Rockefeller Plaza, 41st Floor, New York, NY, 10112-0015, United States
        Transfer statement:    By written agreement

## Limitation of copyright claim

        Material excluded from this claim:    Prior published code and licensed code.
        New material included in claim:    computer program

## Rights and Permissions

        Organization Name:    Deloitte Development LLC
        Address:    30 Rockefeller Plaza
            41st Floor
            New York, NY 10112-0015 United States

## Certification

**Name:** Scott Malm
**Date:** June 29, 2018
**Applicant's Tracking Number:** 42506-0232003