IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and<br>DELOITTE DEVELOPMENT LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. _____<br>)<br>) **DEMAND FOR JURY TRIAL**<br>)<br>) |

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC, through their undersigned counsel of record, certify that:

(1) Deloitte Consulting LLP is owned by Deloitte LLP and the individual partners and principals of Deloitte Consulting LLP.  Deloitte LLP owns the majority of interests in Deloitte Consulting LLP.  No other corporation, person, or entity owns a 10% or greater interest in Deloitte Consulting LLP.

(2) Deloitte Development LLC is wholly owned by its sole member, Deloitte LLP.

(3) Deloitte LLP is owned by its individual partners and principals.  No such individual partner or principal owns a 10% or greater interest in Deloitte LLP.

| | |
|---|---|
| OF COUNSEL:<br>Joshua L. Simmons<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Gregg F. LoCascio<br>Patrick Arnett<br>Nick Teleky<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave NW<br>Washington, DC 20004<br>(202) 389-5000<br><br>John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Dated: March 23, 2023 | /s/ John W. Shaw<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* |