UNITED STATES DISTRICT COURT
for the
DISTRICT OF DELAWARE

DELOITTE CONSULTING LLP and
DELOITTE DEVELOPMENT, LLC, §
§
Plaintiff(s), §
v. § Civil Action No. <u>1:23-cv-00325-UNA</u>
§
SAGITEC SOLUTIONS, LLC, §
Defendant(s). §

## RETURN OF SERVICE

Came to my hand on **Friday, March 24, 2023 at 10:25 AM**,
Executed at: **422 COUNTY ROAD D EAST, ST PAUL, MN 55117**
at **12:37 PM**, on **Friday, March 24, 2023**, by delivering to the within named:

**SAGITEC SOLUTIONS, LLC**

by personally delivering to **MARISSA WORLIE, Human Resources**, a true copy of this

**SUMMONS IN A CIVIL ACTION and COMPLAINT with EXHIBIT 1 and CIVIL COVER SHEET, PLAINTIFFS' RULE 7.1 STATEMENT, REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT, and DISTRICT OF DELAWARE LOCAL RULE 73.1 MAGISTRATE JUDGES; TRIAL BY CONSENT**

BEFORE ME, the undersigned authority, on this day personally appeared CHRIS F. MARTIN who after being duly sworn on oath states: "My name is CHRIS F. MARTIN. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Minnesota. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
CHRIS F. MARTIN - Process Server

Subscribed and Sworn to by CHRIS F. MARTIN, Before Me, the undersigned authority, on this
27 day of March, 2023.

_____
Notary Public in and for the State of Minnesota

DANIEL HUMBERTO LAZO
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2024