IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 23-325-MN |
| v. | ) ) |
| SAGITEC SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, TRANSFER VENUE**

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Sagitec Solutions, LLC respectfully moves for an Order, substantially similar to the proposed order attached hereto, dismissing all claims against it in the Complaint (D.I. 1), or, in the alternative, transferring this action to the District of Minnesota. The grounds for this motion are set forth in the accompanying Opening Brief.

OF COUNSEL:
Christopher K. Larus
David A. Prange
Brandon A. Carmack
ROBINS KAPLAN, LLP
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated: May 15, 2023

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Sagitec Solutions, LLC*

## **CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1**

Pursuant to District of Delaware Local Rule 7.1.1, counsel hereby certifies that a reasonable effort was made to reach agreement with Plaintiffs regarding Defendant's request to transfer this action, including oral communication involving Delaware counsel, but no agreement was reached.

Dated: May 15, 2023                                  */s/ Anne Shea Gaza*
                                                                    Anne Shea Gaza (No. 4093)