# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-325-MN<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2023, the Court having considered Sagitec Solutions, LLC's ("Sagitec") Rule 12(b)(2) Motion to Dismiss, or, in the Alternative, Transfer Venue, and the papers and arguments submitted in connection therewith,

IT IS HEREBY ORDERED that:

1. Sagitec's Motion is GRANTED; and

2. All claims against Sagitec in the Complaint (D.I. 1) are DISMISSED.

_____
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 15, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| OF COUNSEL: | John W. Shaw |
| | Andrew E. Russell |
| Joshua L. Simmons | SHAW KELLER LLP |
| KIRKLAND & ELLIS LLP | I.M. Pei Building |
| 601 Lexington Avenue | 1105 North Market Street, 12th Floor |
| New York, NY 10022 | Wilmington, DE 19801 |
| (212) 446-4800 | (302) 298-0700 |
| | jshaw@shawkeller.com |
| | arussell@shawkeller.com |
| Gregg F. LoCascio | |
| Patrick Arnett | |
| Nicholas Teleky | *Attorneys for Plaintiffs Deloitte Consulting* |
| KIRKLAND & ELLIS LLP | *LLP and Deloitte Development LLC* |
| 1301 Pennsylvania Ave NW | |
| Washington, DC 20004 | |
| (202) 389-5000 | |
| | |
| John F. Hartmann | |
| KIRKLAND & ELLIS LLP | |
| 300 North LaSalle | |
| Chicago, IL 60654 | |
| (312) 862-2000 | |

  /s/ Anne Shea Gaza
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Sagitec Solutions, LLC*