IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-325-MN<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT

Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, Sagitec Solutions, LLC, by and through its attorneys, respectfully moves for an Order, substantially similar to the proposed order attached hereto, requiring Plaintiffs to provide a more definite statement regarding Plaintiffs' allegations of purported trade secrets. The grounds for this motion are set forth in the accompanying Opening Brief.

| | |
|---|---|
| OF COUNSEL:<br>Christopher K. Larus<br>David A. Prange<br>Brandon A. Carmack<br>ROBINS KAPLAN, LLP<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500<br><br>Dated: May 15, 2023 | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>*/s/ Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Sagitec Solutions, LLC* |

## CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, counsel hereby certifies that a reasonable effort was made to reach agreement with Plaintiffs regarding the subject matter of Defendant Sagitec Solutions, LLC's Motion for a More Definite Statement, including oral communication involving Delaware counsel, but no agreement was reached.


Dated: May 15, 2023

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)