# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 23-325-MN |
| v. | ) ) ) |
| SAGITEC SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) |

**DECLARATION OF CHRIS PERETTO IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, TRANSFER VENUE**

I, Chris Peretto, declare as follows:

1. I am the Director of Business Development at Sagitec Solutions, LLC. I have been employed by Sagitec since 2014. Sagitec is a global technology solutions company delivering dynamic IT solutions to leading public and private organizations. If called as a witness, I could competently testify to the following based upon my personal knowledge and/or based upon a review of corporate records and documents created and maintained in the ordinary course of business by Sagitec.

2. I am aware of the lawsuit referenced above at the beginning of my declaration. I further am aware that Deloitte accuses Sagitec of copyright infringement and trade secret misappropriation related to the Sagitec Neosurance unemployment insurance software, which provides a complete unemployment insurance solution for Sagitec customers. I am further aware that at issue in the lawsuit is Sagitec's hiring of two former Deloitte employees—David Minkkinen and Sivaraman Sambasivam. It is my understanding that before Sagitec hired them,

93860359.2

their home office was Deloitte's Minneapolis/St. Paul office. When hired by Sagitec, Mr. Minkkinen and Mr. Sambasivam were based in Sagitec's St. Paul office.

3. Sagitec's headquarters and principal place of business are located in St. Paul, Minnesota. Sagitec is incorporated as a limited liability company in Nevada. Sagitec does not have any offices, facilities, employees, or bank accounts in Delaware. Sagitec does not have a local telephone number in Delaware. Sagitec does not own any real or personal property in Delaware. Sagitec does not have any business operations in Delaware.

4. Presently, all of the documents relating to the design, development, marketing, sale, and support for the Neosurance software are located in Minnesota, Colorado, and Kansas. The Colorado location is in the process of being terminated. Source code relating to the Neosurance software is securely stored on servers located in Kansas. There are no Sagitec documents, servers, or source code located in Delaware. The production Neosurance software is stored on servers outside Delaware.

5. Sagitec employees with relevant knowledge relating to the design, development, deployment, and support of Neosurance software are located in Minnesota, Florida, and Michigan.

6. Sindhu Nair is a Product Director at Sagitec and is knowledgeable of the functional, technical, and architectural design, development, testing, and implementation of the Neosurance Unemployment Insurance software and Sagitec Xelence software framework. Ms. Sindhu joined Sagitec two years after Mr. Minkkinen and was not involved in the development of Neosurance before her Sagitec start date. Ms. Nair is located in Minnesota at Sagitec's headquarters. Design, development, testing, and implementation work for the Neosurance software occurs in Minnesota and India. None of this work occurs in Delaware.

7. Rick Deshler is a Senior Partner and Co-Founder of Sagitec and is knowledgeable of the historical development of the Sagitec Xelence software framework, historical development of the Neosurance software, marketing and implementation, and the hiring and integration of Mr. Minkkinen and Mr. Sambasivam with Sagitec. Mr. Deshler resides in Minnesota part-time and continues to own property in Minnesota, and he also resides part-time in Florida.

8. As stated above, I am the Director of Business Development for Sagitec and I am knowledgeable of business development and marketing at Sagitec. I am located in Michigan.

9. The Neosurance software was developed in Minnesota and India. No software development occurred in Delaware.

10. In 2020, Sagitec contracted with the Delaware Department of Labor to provide a Pandemic Unemployment Assistance ("PUA") IT software. The PUA software was not a full unemployment insurance system like Neosurance, but instead was limited to collecting pandemic unemployment-related information from a given Delaware citizen and providing to the Delaware Department of Labor pandemic-related unemployment calculations and information for that Delaware citizen. Effective May 1, 2020, Sagitec and the Delaware Department of Labor memorialized the sale through an agreement that contemplated a limited, four-year relationship (the "PUA Contract"). This is the sole IT software solution that Sagitec has sold to the State of Delaware or in Delaware.

11. The initial contact that led to the PUA Contract occurred at a conference in Kansas City. At that conference, I met Darryl Scott, the Delaware Department of Labor unemployment insurance director, and I provided him information regarding our PUA software implementation for the State of Maryland. After this conference, I had one remote follow-up communication with Mr. Scott about our PUA software. Thereafter, the Delaware Department of

Labor requested that Sagitec provide a proposal for creating a custom PUA software for Delaware. There was no formal request for proposal process or bid process. Other than the encounter in Kansas City, all communications between Sagitec and the Delaware Department of Labor occurred remotely. There were no in-person communications in Delaware or anywhere else, with the exception of the one encounter in Kansas City. Sagitec employees have not physically visited Delaware at any time relating to the PUA Contract.

12. Sagitec's Pandemic Unemployment Assistance ("PUA") software is a stand-alone software as a service. The PUA software is accessible through the Internet via browser software. The application features exist on remote website pages that are distinct from the Delaware Department of Labor's website. Users independently provide their own data into forms on the distinct website pages, the PUA software performs eligibility calculations for pandemic-related unemployment aid, and that data is transferred to Delaware's unemployment insurance system.

13. Development of the PUA software occurred in Minnesota and India. The production application software for the Delaware Department of Labor PUA software is hosted in Virginia. The PUA software source code and production application software is not stored or located in Delaware.

14. Training, support. and maintenance work on the PUA software does not occur physically in Delaware. Training, support, and maintenance work on the PUA software occurs remotely. Sagitec software training, support, and maintenance for the PUA software is contracted for four years. Sagitec does not ship products or software, nor provide any physical hardware, to Delaware or its residents through the PUA software website.

15. Further, and because the software is hosted remotely, the Delaware Department of Labor does not download or otherwise apply any aspects of the PUA software onto Delaware hardware.

16. Sagitec has never promoted its IT software to private businesses located in Delaware. Other than the PUA Contract, Sagitec has not been awarded any other contracts in Delaware. Other than the PUA Contract, which did not result from a competitive bidding process, Sagitec submitted one proposal to Delaware in February 2023 to implement a bespoke custom-developed unemployment insurance software. Sagitec has not had any substantive communications with the Delaware Department of Labor about that proposal. Sagitec has not marketed or otherwise bid for other contracts with any private or public organizations in Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 15, 2023

Chris Peretto

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 15, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| OF COUNSEL: | John W. Shaw |
| | Andrew E. Russell |
| Joshua L. Simmons | SHAW KELLER LLP |
| KIRKLAND & ELLIS LLP | I.M. Pei Building |
| 601 Lexington Avenue | 1105 North Market Street, 12th Floor |
| New York, NY 10022 | Wilmington, DE 19801 |
| (212) 446-4800 | (302) 298-0700 |
| | jshaw@shawkeller.com |
| Gregg F. LoCascio | arussell@shawkeller.com |
| Patrick Arnett | |
| Nicholas Teleky | *Attorneys for Plaintiffs Deloitte Consulting* |
| KIRKLAND & ELLIS LLP | *LLP and Deloitte Development LLC* |
| 1301 Pennsylvania Ave NW | |
| Washington, DC 20004 | |
| (202) 389-5000 | |
| | |
| John F. Hartmann | |
| KIRKLAND & ELLIS LLP | |
| 300 North LaSalle | |
| Chicago, IL 60654 | |
| (312) 862-2000 | |

                                                                                                  */s/ Anne Shea Gaza*
                                                              YOUNG CONAWAY STARGATT
                                                              & TAYLOR, LLP
                                                              Anne Shea Gaza (No. 4093)
                                                              Robert M. Vrana (No. 5666)
                                                              Rodney Square
                                                              1000 North King Street
                                                              Wilmington, DE 19801
                                                              (302) 571-6600
                                                              agaza@ycst.com
                                                              rvrana@ycst.com

                                                              *Attorneys for Sagitec Solutions, LLC*