# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-325-MN<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DAVID A. PRANGE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, TRANSFER VENUE, AND DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT**

I, David A. Prange, state as follows:

1. I am an attorney representing Sagitec Solutions, LLC ("Sagitec") in the above-referenced matter. I submit this Declaration in Support of Sagitec's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Transfer Venue.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs Deloitte Consulting LLP's and Deloitte Development LLC's (collectively "Deloitte") website page available at https://www2.deloitte.com/us/en/pages/public-sector/solutions/unemployment-insurance-services.html.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Deloitte's website page available at https://www2.deloitte.com/us/en/profiles/smalm.html).

4. Attached hereto as **Exhibit 3** is a true and correct copy of Deloitte's website page available at https://www.deloitte.com/global/en/about/press-room/global-revenue-

announcement.html.

4. Attached hereto as **Exhibit 4** is a highlighted true and correct excerpt of the Federal Court Management Statistic Report for Court Congestion as of December 31, 2022 with respect to the District of Minnesota and the District of Delaware, accessible at https://www.uscourts.gov/statistics-reports/federal-court-management-statistics-december-2022 and available for download at https://www.uscourts.gov/file/63522/download. For the Court's convenience, this excerpted Exhibit contains only the Third and Eight Circuit reports, with the relevant Districts highlighted.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the Center on Budget and Policy Priorities' whitepaper entitled "Introduction to Unemployment Insurance" dated July 20, 2014, available at https://www.cbpp.org/research/introduction-to-unemployment-insurance.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 15, 2023

s/ *David A. Prange*
David A. Prange

*Attorney for Defendant*
*Sagitec Solutions, LLC*