# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAGITEC SOLUTIONS, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 23-325-MN ) ) ) ) ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sagitec Solutions, LLC discloses that it has no parent company and no publicly held corporation owns more than 10% of its stock.

| | |
|---|---|
| OF COUNSEL: <br> Christopher K. Larus <br> David A. Prange <br> Brandon A. Carmack <br> ROBINS KAPLAN, LLP <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> (612) 349-8500 <br><br> Dated: May 15, 2023 | YOUNG CONAWAY STARGATT & TAYLOR, LLP <br><br> */s/ Anne Shea Gaza* <br> Anne Shea Gaza (No. 4093) <br> Robert M. Vrana (No. 5666) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE  19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> rvrana@ycst.com <br><br> *Attorneys for Sagitec Solutions, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 15, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| OF COUNSEL:<br><br>Joshua L. Simmons<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Gregg F. LoCascio<br>Patrick Arnett<br>Nicholas Teleky<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave NW<br>Washington, DC 20004<br>(202) 389-5000<br><br>John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | John W. Shaw<br>Andrew E. Russell<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br><br>*Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* |

                                                  */s/ Anne Shea Gaza*
                                               YOUNG CONAWAY STARGATT
                                               & TAYLOR, LLP
                                               Anne Shea Gaza (No. 4093)
                                               Robert M. Vrana (No. 5666)
                                               Rodney Square
                                               1000 North King Street
                                               Wilmington, DE 19801
                                               (302) 571-6600
                                               agaza@ycst.com
                                               rvrana@ycst.com

                                               *Attorneys for Sagitec Solutions, LLC*