IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-325-MN<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

WHEREAS, Deloitte Consulting LLP and Deloitte Development LLC (collectively, "Deloitte") initiated this action on March 23, 2023 by filing a Complaint alleging claims of copyright infringement, trade secret misappropriation, unfair competition, and unjust enrichment (D.I. 1);

WHEREAS, on May 15, 2023, Sagitec Solutions, LLC ("Sagitec") moved to dismiss the Complaint for lack of personal jurisdiction, or, in the alternative, to transfer venue and also moved for a more definite statement (D.I. 11, 13) (the "Pending Motions");

WHEREAS, Deloitte desires additional time to prepare its oppositions to the Pending Motions;

WHEREAS, certain proceedings involving David Minkkinen and Sivaraman Sambasivam, which relate to this action, are pending in the United States District Court for the Southern District of West Virginia and are scheduled for trial in July 2023 (the "West Virginia Criminal Action"); and

WHEREAS, in light of the upcoming trial, the parties have conferred regarding whether a stay of the above-captioned action is appropriate, but believe that the Pending Motions should be

1

resolved before consideration of such a stay as the passage of time may moot the need for such relief;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Deloitte and Sagitec, through their undersigned counsel and subject to the approval of the Court, as follows:

1. Deloitte shall file any opposition briefs to the Pending Motions on or before June 15, 2023;

2. Sagitec shall file any reply briefs in further support of the Pending Motions on or before June 30, 2023; and

3. If trial in the West Virginia Criminal Action remains pending after the Pending Motions are resolved or when the parties engage in a Rule 26(f) conference in anticipation of a Rule 16 conference or a related submission, the parties will meet and confer regarding a stay and agree that deferral of the filing of a motion to stay at this time shall be without prejudice to later filing, if needed, a motion to stay pending resolution of the trial in the West Virginia Criminal Action.

| | |
|---|---|
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Andrew E. Russell* | */s/ Robert M. Vrana* |
| John W. Shaw (No. 3362) | Anne Shea Gaza (No. 4093) |
| Andrew E. Russell (No. 5382) | Robert M. Vrana (No. 5666) |
| I.M. Pei Building | Rodney Square |
| 1105 North Market Street, 12th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 571-6600 |
| jshaw@shawkeller.com | agaza@ycst.com |
| arussell@shawkeller.com | rvrana@ycst.com |

<div style="display: flex;">
<div>

OF COUNSEL:

Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Gregg F. LoCascio
Patrick Arnett
Nick Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
(202) 389-5000

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC*

Dated: May 18, 2023

</div>
<div>

OF COUNSEL:
Christopher K. Larus
David A. Prange
Brandon A. Carmack
ROBINS KAPLAN, LLP
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

*Attorneys for Sagitec Solutions, LLC*

</div>
</div>

SO ORDERED this 18th day of May 2023.

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge

3