

John W. Shaw
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
jshaw@shawkeller.com

July 7, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19, Room 4324
Wilmington, DE 19801-3555

  Re: *Deloitte Consulting LLP, et al. v. Sagitec Solutions LLC*, C.A. No. 23-0325-MN

Dear Judge Noreika:

  Pursuant to D. Del. LR 7.1.4, Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC respectfully request an oral argument on Defendant's Motion for a More Definite Statement (D.I. 13).  The parties' submissions may be found as Docket Items 13, 14, 21, 22 and 23.

  Plaintiffs request argument to address what we believe are issues raised for the first time in the reply brief.  The parties also are meeting and conferring as to whether Plaintiffs should be permitted to file a sur-reply to address those issues.

           Respectfully submitted,

           */s/ John W. Shaw*

           John W. Shaw (No. 3362)

cc: Clerk of the Court (by CM/ECF & hand delivery)
   Counsel of Record (by CM/ECF & Email)