IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   C.A. No. 23-325-WCB ) |
| SAGITEC SOLUTIONS, LLC, | ) ) |
| Defendant. | ) ) |

**STIPULATION AND ORDER**

WHEREAS, Deloitte Consulting LLP and Deloitte Development LLC (collectively, "Deloitte") initiated this action on March 23, 2023, by filing a Complaint alleging claims of copyright infringement, trade secret misappropriation, unfair competition, and unjust enrichment (D.I. 1);

WHEREAS, on May 15, 2023, Sagitec Solutions, LLC ("Sagitec") moved for a more definite statement (D.I. 13) (the "Motion");

WHEREAS, Deloitte filed its opposition brief to the Motion on June 15, 2023 (D.I. 21), and Sagitec filed its reply brief in further support of its Motion on June 30, 2023 (D.I. 22);

WHEREAS, Deloitte believes Sagitec's reply brief includes arguments that were raised for the first time in reply and therefore there is good cause for the Court to grant Deloitte leave to file a sur-reply; and

WHEREAS, Sagitec disagrees with Deloitte's belief, but in the interest of compromise, Sagitec does not oppose Deloitte's request and further requests that if Deloitte is granted leave to file a sur-reply that Sagitec be permitted to file a sur-sur-reply, which request Deloitte does not oppose;

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Deloitte and Sagitec, through their undersigned counsel and subject to the approval of the Court, as follows:

1. Deloitte shall file a sur-reply brief of no more than five pages on or before July 18, 2023, limited to addressing new arguments raised for the first time in Sagitec's reply brief;

2. Sagitec shall file a sur-sur-reply brief of no more than two pages on or before July 25, 2023, limited to responding to Deloitte's sur-reply brief.

| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Andrew E. Russell* | */s/ Robert M. Vrana* |
| John W. Shaw (No. 3362) | Anne Shea Gaza (No. 4093) |
| Andrew E. Russell (No. 5382) | Robert M. Vrana (No. 5666) |
| I.M. Pei Building | Rodney Square |
| 1105 North Market Street, 12th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 571-6600 |
| jshaw@shawkeller.com | agaza@ycst.com |
| arussell@shawkeller.com | rvrana@ycst.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Joshua L. Simmons | Christopher K. Larus |
| KIRKLAND & ELLIS LLP | David A. Prange |
| 601 Lexington Avenue | Brandon A. Carmack |
| New York, NY 10022 | ROBINS KAPLAN, LLP |
| (212) 446-4800 | 800 LaSalle Avenue |
| | Minneapolis, MN 55402 |
| Gregg F. LoCascio | (612) 349-8500 |
| Patrick Arnett | |
| Nick Teleky | *Attorneys for Sagitec Solutions, LLC* |
| KIRKLAND & ELLIS LLP | |
| 1301 Pennsylvania Ave NW | |
| Washington, DC 20004 | |
| (202) 389-5000 | |

2

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC*

Dated: July 11, 2023

        SO ORDERED this 11th day of July, 2023.

                                      _____
                                      WILLIAM C. BRYSON
                                      UNITED STATES CIRCUIT JUDGE