# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DELOITTE CONSULTING LLP and <br> DELOITTE DEVELOPMENT LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAGITEC SOLUTIONS, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 23-325-WCB <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, Defendant Sagitec Solutions, LLC requires additional time to review Plaintiffs' Answering Brief in Opposition to Defendant's Motion to Dismiss for Lack of Jurisdiction Over the Person, or in the Alternative, Transfer Venue ("Plaintiffs' Answering Brief," D.I. 37) and request redaction of its confidential information;

WHEREAS, Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC do not oppose extending the deadline for redactions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline to file a redacted, public version of Plaintiffs' Answering Brief (D.I. 37) is extended through and including Tuesday, August 15, 2023.

Dated: August 8, 2023

| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Andrew E. Russell* | /s/ *Robert M. Vrana* |
| John W. Shaw (No. 3362) | Anne Shea Gaza (No. 4093) |
| Andrew E. Russell (No. 5382) | Robert M. Vrana (No. 5666) |
| I.M. Pei Building | Rodney Square |
| 1105 North Market Street, 12th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 571-6600 |
| jshaw@shawkeller.com | agaza@ycst.com |
| arussell@shawkeller.com | rvrana@ycst.com |
| *Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* | *Attorneys for Defendant Sagitec Solutions, LLC* |

IT IS SO ORDERED this 9th day of August, 2023.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE