# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAGITEC SOLUTIONS, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 23-325-WCB ) ) ) ) ) ) |

## DEFENDANT SAGITEC SOLUTIONS, LLC'S
## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendant Sagitec Solutions, LLC ("Sagitec") respectfully requests oral argument on Defendant's Motion to Stay Pending Completion of Related Criminal Action (the "Motion") filed on July 27, 2023 (D.I. 34). Briefing on the Motion is now complete (D.I. 35, 40, & 43). Counsel for Sagitec are available at the Court's convenience for a hearing on the Motion.

Of Counsel:

Christopher K. Larus
David A. Prange
Rajin S. Olson
Brandon A. Carmack
ROBINS KAPLAN LLP
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500
clarus@robinskaplan.com
dprange@robinskaplan.com
rolson@robinskaplan.com
bcarmack@robinskaplan.com

Dated: August 22, 2023

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

 /s/ Robert M. Vrana
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendant*
*Sagitec Solutions, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 22, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Joshua L. Simmons<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800 | John W. Shaw<br>Andrew E. Russell<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>*jshaw@shawkeller.com*<br>*arussell@shawkeller.com* |
| Gregg F. LoCascio<br>Patrick Arnett<br>Nicholas Teleky<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave NW<br>Washington, DC 20004<br>(202) 389-5000 | *Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* |
| John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | |
| *Deloitte-Sagitec@kirkland.com* | |

                                               */s/ Robert M. Vrana*
                                               YOUNG CONAWAY STARGATT
                                               & TAYLOR, LLP
                                               Anne Shea Gaza (No. 4093)
                                               Robert M. Vrana (No. 5666)
                                               Rodney Square
                                               1000 North King Street
                                               Wilmington, DE 19801
                                               (302) 571-6600
                                               agaza@ycst.com
                                               rvrana@ycst.com

                                               *Attorneys for Sagitec Solutions, LLC*