

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

August 24, 2023

**BY CM/ECF**
The Honorable William C. Bryson
United States Court of Appeals for the Federal Circuit
Howard T. Markey National Courts Building
717 Madison Place, N.W.
Washington, DC 20439-0000

    Re:    *Deloitte Consulting LLP, et al. v. Sagitec Solutions LLC*, C.A. No. 23-325-WCB

Dear Judge Bryson:

    Pursuant to D. Del. L. R. 7.1.4, Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC respectfully request oral argument on Plaintiff's Motion to Stay Pending Completion of Related Criminal Action (D.I. 34).

    Briefing on the motion is complete, and the parties' submissions may be found at Docket Items 35, 36, 40 and 43. The reply brief was filed on August 17, 2023.

    Respectfully submitted,

    */s/ Andrew E. Russell*

    Andrew E. Russell (No. 5382)

cc:    Clerk of the Court (by CM/ECF)
       All counsel of record (by CM/ECF and Email)