IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and<br>DELOITTE DEVELOPMENT LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-325-WCB<br>)<br>)<br>)<br>) |

## SECOND STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, the Court previously granted the parties' stipulation to extend the time to reach agreement on a proposed form of protective order (D.I. 56);

WHEREAS, the parties have continued negotiating in good faith regarding a stipulated protective order for this action;

WHEREAS, the parties seek to avoid burdening the Court with a dispute regarding the protective order; and

WHEREAS, the parties were not aware until recently that additional time would be necessary to come to agreement on a proposed form of protective order, and anticipate that one additional week will be sufficient to resolve their negotiations;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline to reach an agreement on a proposed form of order and submit it to the Court as set forth in paragraph 4 of the Scheduling Order (D.I. 51) is extended through and including Friday, October 6, 2023.

Dated: September 29, 2023

| | |
|---|---|
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Andrew E. Russell* | */s/ Robert M. Vrana* |
| John W. Shaw (No. 3362) | Anne Shea Gaza (No. 4093) |
| Andrew E. Russell (No. 5382) | Robert M. Vrana (No. 5666) |
| I.M. Pei Building | Rodney Square |
| 1105 North Market Street, 12th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 571-6600 |
| jshaw@shawkeller.com | agaza@ycst.com |
| arussell@shawkeller.com | rvrana@ycst.com |
| *Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* | *Attorneys for Defendant Sagitec Solutions, LLC* |

IT IS SO ORDERED this 29th day of September, 2023.

_____
Hon. William C. Bryson
United States Circuit Judge