# Exhibit 3

RECAP Actions

CASREF,PATENT

**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-01317-GBW-SRF**

Sight Sciences, Inc. v. Ivantis, Inc.
Assigned to: Judge Gregory B. Williams
Referred to: Judge Sherry R. Fallon
Related Case: 1:23-mc-00373-GBW-SRF
Cause: 35:271 Patent Infringement

Date Filed: 09/16/2021
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2022 | | ORAL ORDER re D.I. 67 R ; D.I. 68 R : Having reviewed the parties' cross-motions for a protective order (D.I. 67; D.I. 68), IT IS ORDERED that Plaintiff's proposed protective order denying Defendants' in-house counsel, Jeffrey Prokop, access to "Highly Confidential Attorneys' Eyes Only" information is DENIED (D.I. 67, Ex. 2), and Defendants' proposed protective order is GRANTED (D.I. 68, Ex. A). The Federal Circuit requires that limits to attorney access should be judged on a "counsel-by-counsel basis, and cannot be determined solely by giving controlling weight to the classification of counsel as in-house rather than retained." *U.S. Steel Corp. v. U.S.*, 730 F.2d 1465, 1468 (Fed. Cir. 1984). The determination turns on the extent to which counsel is involved in competitive decision-making with its client. *See In re Deutsche Bank Trust Co. Ams.*, 605 F.3d 1373, 1378 (Fed. Cir. 2010). Competitive decision-making involves "counsel's advice and participation in any or all of the client's decisions (pricing, product design, etc.) made in light of similar or corresponding information about a competitor." *Id.* (citing *U.S. Steel*, 730 F.2d at 1468). A protective order is designed to guard against inadvertent disclosure of the producing party's material to a competitor's decision maker which would place it at a competitive disadvantage. The risk of inadvertent disclosure must be balanced against the potential harm to the opposing party if its in-house counsel cannot access the highly confidential Attorneys' Eyes Only materials. *See U.S. Steel*, 730 F.2d at 1468. For the following reasons, the Court finds that Plaintiff has not met its burden to demonstrate that restricting Defendants' in-house counsel, Mr. Prokop, from accessing materials integral to the case is warranted. The record before the Court establishes that Mr. Prokop is not a competitive decision maker because his role is limited to supervising and managing litigation against Defendants. (D.I. 68, Ex. B at ¶¶ 3-4) This is consistent with the decisions of numerous other courts which have concluded that Mr. Prokop's responsibilities are litigation-focused, he is not a competitive decision maker, and he should therefore be given access to Attorneys' Eyes Only material. (D.I. 68, Exs. F-H) In this District, the law is well-established that the risk of inadvertent disclosure is generally outweighed by in-house counsel's need for access to materials at issue in the litigation when in-house counsel's responsibilities are limited to litigation, with no competitive decision-making. *See, e.g., British Telecommcns PLC v. IAC/InterActiveCorp*, C.A. No. 18-366-WCB, 330 F.R.D. 387, 394 (D. Del. Mar. 18, 2019) (citing cases). Mr. Prokop's use of the materials will be restricted by the terms of the protective order, and he is bound by the same ethical obligations that bind all attorneys. *See U.S. Steel*, 730 F.2d at 1468. Plaintiff's argument regarding an "imbalance" between the parties does not alter the analysis, which is not dependent on the relative size of the parties and their respective in-house legal departments or whether Plaintiff lacks in-house counsel. The protective order is drafted so as to be equally balanced in safeguarding information from competitive decision makers on both sides. IT IS FURTHER ORDERED that the discovery dispute teleconference scheduled for August 17, 2022 at 4:00 p.m. is CANCELLED. Ordered by Judge Sherry R. Fallon on 8/16/2022. (lih) (Entered: 08/16/2022) |
| 08/16/2022 | 69 R | PROTECTIVE ORDER. Signed by Judge Sherry R. Fallon on 8/16/2022. (lih) (Entered: 08/16/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/27/2023 11:55:27 | | | |
| **PACER Login:** | js9634kk | **Client Code:** | 10484.01 AER |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-01317-GBW-SRF Start date: 8/16/2022 End date: 8/16/2022 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |