IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-325-WCB<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 19, 2023, the following was served on the counsel listed below in the manner indicated:

1) Defendant Sagitec Solutions, LLC's Objections and Responses to Plaintiffs' First Set of Interrogatories; and

2) Defendant Sagitec Solutions, LLC's Objections and Responses to Plaintiffs' First Set of Requests for Production (Nos. 1-124).

**BY EMAIL**

Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Gregg F. LoCascio
Patrick Arnett
Nicholas Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
(202) 389-5000

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle

John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*arussell@shawkeller.com*

*Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC*

Chicago, IL 60654
(312) 862-2000

*Deloitte-Sagitec@kirkland.com*

      PLEASE TAKE FURTHER NOTICE that on October 19, 2023, a copy of this Notice was electronically filed with the Clerk of Court using CM/ECF and will be served by email on the counsel listed above.

| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Christopher K. Larus | |
| David A. Prange | */s/ Robert M. Vrana* |
| Rajin S. Olson | Anne Shea Gaza (No. 4093) |
| Brandon A. Carmack | Robert M. Vrana (No. 5666) |
| ROBINS KAPLAN LLP | Rodney Square |
| 800 LaSalle Avenue | 1000 North King Street |
| Minneapolis, MN 55402 | Wilmington, DE 19801 |
| (612) 349-8500 | (302) 571-6600 |
| clarus@robinskaplan.com | agaza@ycst.com |
| dprange@robinskaplan.com | rvrana@ycst.com |
| rolson@robinskaplan.com | |
| bcarmack@robinskaplan.com | |

*Attorneys for Defendant
Sagitec Solutions, LLC*

Dated: October 19, 2023