# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE COUNSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | C.A. No. 23-325-WCB |

## DEFENDANT SAGITEC SOLUTIONS, LLC'S
## NOTICE OF SUBPOENA COMMANDING PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE THAT, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Sagitec Solutions, LLC, will cause a subpoena to be served upon David G. Minkkinen, commanding production of the documents set forth in the subpoena attached hereto as Exhibit 1 within his possession, custody or control on February 29, 2024 at 5:00 p.m. at the locations listed on the attached subpoena.

| | |
|---|---|
| OF COUNSEL:<br>Chris K. Larus<br>David A. Prange<br>Rajin S. Olson<br>Brandon A. Carmack<br>Demitri M. Dawson<br>ROBINS KAPLAN, LLP<br>800 LaSalle Avenue<br>Suite 2800<br>Minneapolis, MN  55402<br>(612) 349-8500<br><br>Rebecca Bact<br>ROBINS KAPLAN LLP<br>800 Boylston Street<br>Boston, MA 02199<br>(617) 859-2740 | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>/s/ Robert M. Vrana<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com |
| Dated: February 8, 2024 | *Attorneys for Defendant Sagitec Solutions, LLC* |