IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and<br>DELOITTE DEVELOPMENT LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-325-WCB<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

　　PLEASE TAKE NOTICE that on February 9, 2024, the following documents were served on RK-Sagitec@RobinsKaplan.com and the persons listed below in the manner indicated:

1. Deloitte's Second Set of Interrogatories (No. 14–17) to Defendant Sagitec Solutions LLC

2. Deloitte's Second Set of Requests for Production (No. 125–155) to Defendant Sagitec Solutions LLC

**BY EMAIL:**

| | |
|---|---|
| Anne Shea Gaza<br>Robert M. Vrana<br>YOUNG CONAWAY STARGATT<br>　& TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com | Christopher K. Larus<br>David A. Prange<br>Rajin S. Olson<br>Brandon A. Carmack<br>ROBINS KAPLAN LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>(612) 349-8500<br>(612) 339-4181<br>clarus@robinskaplan.com<br>dprange@robinskaplan.com<br>rolson@robinskaplan.com<br>bcarmack@robinskaplan.com |

|  |  |
|---|---|
| OF COUNSEL:<br>Joshua L. Simmons<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Gregg F. LoCascio<br>Patrick Arnett<br>Nicholas Teleky<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave NW<br>Washington, DC 20004<br>(202) 389-5000<br><br>John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Dated: February 12, 2024 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* |