IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and <br> DELOITTE DEVELOPMENT LLC, <br>     Plaintiffs, <br>     v. <br> SAGITEC SOLUTIONS, LLC, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No. 23-325-WCB <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 6, 2024, the following document was served on RK-Sagitec@RobinsKaplan.com and the persons listed below in the manner indicated:

1. Deloitte's Third Set of Requests for Production (No. 156–160) to Defendant Sagitec Solutions LLC

**BY EMAIL:**

| | |
|---|---|
| Anne Shea Gaza <br> Robert M. Vrana <br> YOUNG CONAWAY STARGATT <br>  & TAYLOR, LLP <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> rvrana@ycst.com | Christopher K. Larus <br> David A. Prange <br> Rajin S. Olson <br> Brandon A. Carmack <br> ROBINS KAPLAN LLP <br> 800 LaSalle Avenue, Suite 2800 <br> Minneapolis, MN 55402 <br> (612) 349-8500 <br> (612) 339-4181 <br> clarus@robinskaplan.com <br> dprange@robinskaplan.com <br> rolson@robinskaplan.com <br> bcarmack@robinskaplan.com |

|  |  |
|---|---|
| OF COUNSEL:<br>Joshua L. Simmons<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Gregg F. LoCascio<br>Patrick Arnett<br>Nicholas Teleky<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave NW<br>Washington, DC 20004<br>(202) 389-5000<br><br>John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Dated: March 7, 2024 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* |