IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and <br> DELOITTE DEVELOPMENT LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAGITEC SOLUTIONS, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 23-325-WCB <br> ) <br> ) <br> ) <br> ) |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that on April 4, 2024, the following documents were served on RK-Sagitec@RobinsKaplan.com and the persons listed below in the manner indicated:

1. Notice of Subpoena to Produce Documents, Information, or Objects in a Civil Action on Prabhu Tegur
2. Notice of Subpoena to Produce Documents, Information, or Objects in a Civil Action on Praveen Rengaraj
3. Notice of Subpoena to Produce Documents, Information, or Objects in a Civil Action on Revathy Rajaraman
4. Notice of Subpoena to Produce Documents, Information, or Objects in a Civil Action on Sindhu Nair
5. Notice of Subpoena to Produce Documents, Information, or Objects in a Civil Action on Srinvias Kurra
6. Notice of Subpoena to Produce Documents, Information, or Objects in a Civil Action on Venket Kakula
7. Notice of Subpoena to Produce Documents, Information, or Objects in a Civil Action on David Minkinnen
8. Notice of Subpoena to Produce Documents, Information, or Objects in a Civil Action on Deepa Sundaram
9. Notice of Subpoena to Produce Documents, Information, or Objects in a Civil Action on Karthik Sadasivam
10. Notice of Subpoena to Produce Documents, Information, or Objects in a Civil Action on Pankaj Sharma

| | |
|---|---|
| **BY EMAIL:** | |
| Anne Shea Gaza | Christopher K. Larus |
| Robert M. Vrana | David A. Prange |
| YOUNG CONAWAY STARGATT | Rajin S. Olson |
| & TAYLOR, LLP | Brandon A. Carmack |
| Rodney Square | ROBINS KAPLAN LLP |
| 1000 North King Street | 800 LaSalle Avenue, Suite 2800 |
| Wilmington, DE 19801 | Minneapolis, MN 55402 |
| (302) 571-6600 | (612) 349-8500 |
| agaza@ycst.com | (612) 339-4181 |
| rvrana@ycst.com | clarus@robinskaplan.com |
| | dprange@robinskaplan.com |
| | rolson@robinskaplan.com |
| | bcarmack@robinskaplan.com |

|  |  |
|---|---|
|  | /s/ Andrew E. Russell |
|  | John W. Shaw (No. 3362) |
|  | Andrew E. Russell (No. 5382) |
| OF COUNSEL: | SHAW KELLER LLP |
| Joshua L. Simmons | I.M. Pei Building |
| KIRKLAND & ELLIS LLP | 1105 North Market Street, 12th Floor |
| 601 Lexington Avenue | Wilmington, DE 19801 |
| New York, NY 10022 | (302) 298-0700 |
| (212) 446-4800 | jshaw@shawkeller.com |
|  | arussell@shawkeller.com |
| Gregg F. LoCascio | *Attorneys for Plaintiffs Deloitte Consulting LLP* |
| Patrick Arnett | *and Deloitte Development LLC* |
| Nicholas Teleky | |
| KIRKLAND & ELLIS LLP | |
| 1301 Pennsylvania Ave NW | |
| Washington, DC 20004 | |
| (202) 389-5000 | |

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Dated: April 5, 2024