

|  |  |
|---|---|
|  | **WILMINGTON**<br>RODNEY SQUARE |
|  | **NEW YORK**<br>ROCKEFELLER CENTER |
|  | **CHARLOTTE**<br>CARILLON TOWER |
|  | **Robert M. Vrana**<br>P 302.571.6726<br>rvrana@ycst.com |

April 11, 2024

**VIA CM/ECF**

The Honorable William C. Bryson
The United State Court of Appeals
   for the Federal Circuit
717 Madison Place, N. W.
Suite 910
Washington DC 20439

      Re:    *Deloitte Consulting LLP, et al. v. Sagitec Solutions, LLC*,
                C.A. No. 23-325-WCB (D. Del.)

Dear Judge Bryson:

      I write on behalf of the parties in the above-referenced action regarding the Court's Memorandum Opinion and Order of April 9, 2024 (D.I. 107) (the "Opinion"). The parties appreciate the opportunity to review the Opinion prior to its public disclosure. After careful review, the parties do not believe that any confidential information is contained in the Opinion. Accordingly, the parties propose no redactions and, subject to the Court's preferences, respectfully submit that the Opinion can be unsealed and made available to the public.

      Should Your Honor have any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

                                            Respectfully,

                                            */s/ Robert M. Vrana*

                                            Robert M. Vrana (No. 5666)

31538080.1