IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 23-325-WCB ) |
| SAGITEC SOLUTIONS, LLC, | ) ) |
| Defendant. | ) ) |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Stephany S. Kim of Kirkland & Ellis LLP to represent Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC in this matter.

|  |  |
|---|---|
|  | */s/ Lindsey M. Gellar* |
|  | John W. Shaw (No. 3362) |
|  | Andrew E. Russell (No. 5382) |
|  | Lindsey M. Gellar (No. 7202) |
| OF COUNSEL: | SHAW KELLER LLP |
| Joshua L. Simmons | I.M. Pei Building |
| Stephany S. Kim | 1105 North Market Street, 12th Floor |
| KIRKLAND & ELLIS LLP | Wilmington, DE 19801 |
| 601 Lexington Avenue | (302) 298-0700 |
| New York, NY 10022 | jshaw@shawkeller.com |
| (212) 446-4800 | arussell@shawkeller.com |
|  | lgellar@shawkeller.com |
| Gregg F. LoCascio | *Attorneys for Plaintiffs Deloitte Consulting* |
| Patrick Arnett | *LLP and Deloitte Development LLC* |
| Nicholas Teleky |  |
| KIRKLAND & ELLIS LLP |  |
| 1301 Pennsylvania Ave NW |  |
| Washington, DC 20004 |  |
| (202) 389-5000 |  |

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Dated: April 23, 2024

## **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Stephany S. Kim is granted.

                                                                                                                                                                                                      _____
                                                                                                                                                                                                     United States District Judge

Date: _____

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Stephany S. Kim
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
stephany.kim@kirkland.com

Date: 04/23/2024