**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DELOITTE COUNSULING LLP and<br>DELOITTE DEVELOPMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)      C.A. No. 23-325-WCB<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT SAGITEC SOLUTIONS, LLC'S NOTICE OF SUBPOENAS**
**COMMANDING PRODUCTION OF DOCUMENTS AND NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE THAT, pursuant to Rule 45 of the Federal Rules of Civil

Procedure, Defendant Sagitec Solutions, LLC, will cause subpoenas to be served upon the

following entities, commanding each to produce the documents set forth in the subpoenas

attached hereto as Exhibit A within its possession, custody or control on the dates and at the

locations listed on the attached subpoenas:

1. United States Attorney's Office; and

2. West Virginia Commission on Special Investigations

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 30 and 45 of the Federal

Rules of Civil Procedure, Defendant Sagitec Solutions, LLC, by and through its attorneys, will

cause subpoenas to testify at a deposition to be served on the above-listed entities.

PLEASE TAKE FURTHER NOTICE that the deposition of the United States Attorney's

Office will take place on May 14, 2024 at 10:00 a.m. ET or another time mutually agreed upon

by the parties and the deponent. The deposition will be conducted at the Embassy Suites, 300

Court Street, Charleston, WV 25301, or at another mutually agreeable location.

PLEASE TAKE FURTHER NOTICE that the deposition of the West Virginia Commission

on Special Investigations will take place on May 13, 2024 at 10:00 a.m. ET or another time

mutually agreed upon by the parties and the deponent. The deposition will be conducted at the

Embassy Suites, 300 Court Street, Charleston, WV 25301, or at another mutually agreeable

location.

The depositions will take place before a court reporter or other person authorized to

administer oaths and will be conducted in accordance with the Federal Rules of Civil Procedure.

The testimony at the depositions will be recorded by videographic, audio, audiovisual, video

conferencing, stenographic, and/or real-time computer means from a remote location separate

from the deponent. The deposition shall continue day to day until completed. The deposition will

be taken for the purposes of discovery, for use at trial or any other hearing in this matter, and for

any other purposes permitted under the Federal Rules of Civil Procedure.

OF COUNSEL:
Chris K. Larus
David A. Prange
Rajin S. Olson
Brandon A. Carmack
Demitri M. Dawson
ROBINS KAPLAN, LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN  55402
(612) 349-8500

Rebecca Bact
ROBINS KAPLAN LLP
800 Boylston Street
Boston, MA 02199
(617) 859-2740


Dated: April 26, 2024

YOUNG CONAWAY STARGATT &
TAYLOR, LLP


*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com



*Attorneys for Defendant Sagitec Solutions, LLC*