IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and<br>DELOITTE DEVELOPMENT LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-325-WCB<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 10, 2024, the following document was served on RK-Sagitec@RobinsKaplan.com and the persons listed below in the manner indicated:

1) Deloitte's Fourth Supplemental Responses and Objections to Sagitec Solutions LLC's First Set of Interrogatories

**BY EMAIL:**

Anne Shea Gaza
Robert M. Vrana
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

Christopher K. Larus
David A. Prange
Rajin S. Olson
Brandon A. Carmack
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
clarus@robinskaplan.com
dprange@robinskaplan.com
rolson@robinskaplan.com
bcarmack@robinskaplan.com

|  |  |
|---|---|
| OF COUNSEL:<br>Joshua L. Simmons<br>Stephany S. Kim<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Gregg F. LoCascio<br>Patrick Arnett<br>Nicholas Teleky<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave NW<br>Washington, DC 20004<br>(202) 389-5000<br><br>John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Dated: May 13, 2024 | /s/ Lindsey M. Gellar<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Lindsey M. Gellar (No. 7202)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>lgellar@shawkeller.com<br>*Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* |