IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and<br>DELOITTE DEVELOPMENT LLC,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>SAGITEC SOLUTIONS LLC,<br><br>   *Defendant*. | § § § § § § § § § § § § | Civil Action No. 23-325-WCB |

## **REVISED SCHEDULING ORDER**

   This order modifies the court's prior scheduling orders, Dkt. Nos. 51 & 76.  The parties submitted a joint stipulation and proposed order to amend certain scheduling deadlines, D.I. 149.  The court adopts that stipulation, with the exception of the stipulated to trial date.  The new deadlines are as follows:

| Event | Deadline |
|---|---|
| Fact Discovery Closes | August 16, 2024 |
| Opening Expert Reports | September 5, 2024 |
| Rebuttal Expert Reports | September 26, 2024 |
| Expert Depositions Complete | October 17, 2024 |
| Summary Judgment and Daubert Motions Due | October 28, 2024 |
| Summary Judgment and Daubert Oppositions Due | November 14, 2024 |
| Summary Judgment and Daubert Replies Due | November 22, 2024 |

| Pretrial Conference | TBD |
|---|---|
| 5-Day Trial | TBD |

IT IS SO ORDERED.

SIGNED this 21st day of May, 2024.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE