# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) ) |
| Plaintiffs, | ) ) C.A. No. 23-325-WCB |
| v. | ) ) |
| SAGITEC SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 31, 2024, the following was served on the counsel listed below in the manner indicated:

1) *Defendant Sagitec Solutions, LLC's Second Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories;*

2) *Defendant Sagitec Solutions, LLC's Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories;*

3) *Defendant Sagitec Solutions, LLC's Objections and Responses to Plaintiffs' First Set of Requests for Admission (Nos. 1-48);*

4) *Defendant Sagitec Solutions, LLC's Second Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*

## BY EMAIL

Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Gregg F. LoCascio
Patrick Arnett
Nicholas Teleky

John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave NW<br>Washington, DC 20004<br>(202) 389-5000 | *Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* |

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Deloitte-Sagitec@kirkland.com*

   PLEASE TAKE FURTHER NOTICE that on June 3, 2024, a copy of this Notice was electronically filed with the Clerk of Court using CM/ECF and will be served by email on the counsel listed above.

Dated: June 3, 2024

| | |
|---|---|
| OF COUNSEL:<br><br>Christopher K. Larus<br>David A. Prange<br>Rajin S. Olson<br>Brandon A. Carmack<br>ROBINS KAPLAN LLP<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500<br>clarus@robinskaplan.com<br>dprange@robinskaplan.com<br>rolson@robinskaplan.com<br>bcarmack@robinskaplan.com<br><br>*Attorneys for Defendant Sagitec Solutions, LLC* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert M. Vrana*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Colin A. Keith (No. 7074)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>ckeith@ycst.com |

2