IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 23-325-WCB |
| SAGITEC SOLUTIONS, LLC, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF DEPOSITION OF CHRIS PERETTO**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Plaintiffs Deloitte Consulting LLC and Deloitte Development LLC will take the oral

deposition of Chris Peretto on June 4, 2024 at 10:00 AM (CT) at Regus located at 1330 Lagoon

Ave. 4th Floor, Minneapolis, MN 55408, or at another time and location agreed upon by the

parties or ordered by the Court. The deposition will be remotely recorded before a duly qualified

notary public or other officer authorized by law to administer oaths by stenographic means,

audio recording, video recording, and/or real-time transcription, and will continue day-to-day,

weekends and legal holidays excluded, until completed.

OF COUNSEL:
Joshua L. Simmons
Stephany S. Kim
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Gregg F. LoCascio
Patrick Arnett
Nicholas Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
(202) 389-5000

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Dated: June 3, 2024

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Lindsey M. Gellar (No. 7202)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
lgellar@shawkeller.com
*Attorneys for Plaintiffs Deloitte Consulting LLP*
*and Deloitte Development LLC*