# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 23-325-WCB |
| v. | ) ) ) |
| SAGITEC SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 29, 2024, the following was served on the counsel listed below in the manner indicated:

1) *Defendant Sagitec Solutions, LLC's Corrected Objections and Responses to Plaintiffs' Third Set of Interrogatories (Nos. 18-25)*

2) *Defendant Sagitec Solutions, LLC's Supplemented Objections and Responses to Plaintiffs' Interrogatory Nos. 5, 24 and 25*

**BY EMAIL**

Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Gregg F. LoCascio
Patrick Arnett
Nicholas Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
(202) 389-5000

John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*arussell@shawkeller.com*

*Attorneys for Plaintiffs Deloitte Consulting LLPand Deloitte Development LLC*

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Deloitte-Sagitec@kirkland.com*

  PLEASE TAKE FURTHER NOTICE that on July 29, 2024, a copy of this Notice was electronically filed with the Clerk of Court using CM/ECF and will be served by email on the counsel listed above.

Dated: July 29, 2024

| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Christopher K. Larus<br>David A. Prange<br>Rajin S. Olson<br>Brandon A. Carmack<br>ROBINS KAPLAN LLP<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500<br>clarus@robinskaplan.com<br>dprange@robinskaplan.com<br>rolson@robinskaplan.com<br>bcarmack@robinskaplan.com<br><br>*Attorneys for Defendant Sagitec Solutions, LLC* | */s/ Robert M. Vrana*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Colin A. Keith (No. 7074)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>ckeith@ycst.com |