IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 23-325-WCB ) |
| SAGITEC SOLUTIONS, LLC, | ) ) |
| Defendant. | ) ) |

### PLAINTIFFS' NOTICE OF DEPOSITION OF SINDHU NAIR

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30(b)(1) of the Federal Rule of Civil Procedure, Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC ("Plaintiffs") will take the oral deposition of **Sindhu Nair** on July 30, 2024 at 9:00 am (CT) at the offices of Lexitas Legal, 222 South 9th Street, Suite 450, Minneapolis, MN 55402. The deposition will continue from day-to-day until complete and will be taken before an officer qualified to administer oaths under the Federal Rules of Civil Procedure. The deposition may be recorded by stenographic and/or videographic means.

|  |  |
|---|---|
| | /s/ Andrew E. Russell |
| | John W. Shaw (No. 3362) |
| | Andrew E. Russell (No. 5382) |
| | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| Joshua L. Simmons | 1105 North Market Street, 12th Floor |
| Stephany S. Kim | Wilmington, DE 19801 |
| KIRKLAND & ELLIS LLP | (302) 298-0700 |
| 601 Lexington Avenue | jshaw@shawkeller.com |
| New York, NY 10022 | arussell@shawkeller.com |
| (212) 446-4800 | *Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* |

Gregg F. LoCascio
Patrick Arnett
Nicholas Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
(202) 389-5000

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Dated: July 29, 2024