IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and<br>DELOITTE DEVELOPMENT LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-325-WCB<br>)<br>)<br>)<br>)<br>) |

## SECOND STIPULATION AND ORDER TO AMEND
## CERTAIN SCHEDULING ORDER DEADLINES

WHEREAS, fact discovery in the above-captioned action closes on August 16, 2024;

WHEREAS, both parties have worked to complete their productions of responsive documents within the current fact discovery period, and are continuing to negotiate certain limited discovery disputes and related document productions;

WHEREAS, both parties worked to schedule depositions within the current fact discovery period and encountered scheduling difficulties due to, among other things, witness unavailability due to pre-existing travel plans, but have been able to identify deposition dates for all currently-identified witnesses before September 20, 2024;

WHEREAS, the Court has not set a date certain for the pretrial conference or for trial, and the parties understand that trial is unlikely to occur before late fall of 2025;

WHEREAS, the parties agree, subject to the approval of the Court, that the most efficient approach would be to extend the fact discovery deadline by approximately one month, and other case deadlines generally consistent with this Court's original Scheduling Order (D.I. 51), to accommodate the parties' and witnesses' scheduling needs relating to depositions; and

WHEREAS, pursuant to D. Del. LR 16.4, counsel for the parties certify that they have sent a copy of the foregoing request to their respective clients,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the Scheduling Order (D.I. 153) in this case shall be amended as set forth in the below table; and

IT IS FURTHER STIPULATED AND AGREED that consistent with the parties' previous extension (D.I. 149), the extension of remaining deadlines shall not extend deadlines that have already passed, and shall be solely for the parties to (1) continue to supplement responses to discovery requests already served; (2) address identified deficiencies, including deficiencies raised during the extension; and (3) take depositions; and that no party shall serve new Interrogatories, Requests for Production of Documents, or Requests for Admission absent further agreement of the parties or leave of the Court.

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Fact Discovery Closes | August 16, 2024 | September 20, 2024 |
| Opening Expert Reports | September 5, 2024 | November 14, 2024 |
| Rebuttal Expert Reports | September 26, 2024 | December 19, 2024 |
| Expert Depositions Complete | October 17, 2024 | January 17, 2025 |
| Summary Judgment and Daubert Motions Due | October 28, 2024 | February 13, 2025 |
| Summary Judgment and Daubert Oppositions Due | November 14, 2024 | March 13, 2025 |
| Summary Judgment and Daubert Replies Due | November 22, 2024 | March 27, 2025 |
| Pretrial Conference | TBD | TBD |
| 5-Day Trial | TBD | TBD |

| | |
|---|---|
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Andrew E. Russell* | */s/ Robert M. Vrana* |
| John W. Shaw (No. 3362) | Anne Shea Gaza (No. 4093) |
| Andrew E. Russell (No. 5382) | Robert M. Vrana (No. 5666) |
| I.M. Pei Building | Rodney Square |
| 1105 North Market Street, 12th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 571-6600 |
| jshaw@shawkeller.com | agaza@ycst.com |
| arussell@shawkeller.com | rvrana@ycst.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Joshua L. Simmons | Christopher K. Larus |
| Stephany S. Kim | David A. Prange |
| KIRKLAND & ELLIS LLP | Brandon A. Carmack |
| 601 Lexington Avenue | Demitri M. Dawson |
| New York, NY 10022 | ROBINS KAPLAN LLP |
| (212) 446-4800 | 800 LaSalle Avenue |
| | Minneapolis, MN 55402 |
| Gregg F. LoCascio | (612) 349-8500 |
| Patrick Arnett | |
| Nick Teleky | Rebecca Bact |
| KIRKLAND & ELLIS LLP | ROBINS KAPLAN LLP |
| 1301 Pennsylvania Ave NW | 800 Boylston Street |
| Washington, DC 20004 | Boston, MA 02199 |
| (202) 389-5000 | (617) 859-2740 |
| | |
| John F. Hartmann | *Attorneys for Defendant* |
| KIRKLAND & ELLIS LLP | *Sagitec Solutions, LLC* |
| 300 North LaSalle | |
| Chicago, IL 60654 | |
| (312) 862-2000 | |

*Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC*

Dated: August 2, 2024

IT IS SO ORDERED this 2nd day of August, 2024.

_____
The Honorable William C. Bryson