

Lindsey M. Gellar
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0717
lgellar@shawkeller.com

August 15, 2024

**BY CM/ECF**
The Honorable William C. Bryson
United States Court of Appeals for the Federal Circuit
Howard T. Markey National Courts Building
717 Madison Place, N.W.
Washington, DC 20439-0000

    Re:    *Deloitte Consulting LLP, et al. v. Sagitec Solutions LLC*, C.A. No. 23-235-WCB

Dear Judge Bryson:

    I write on behalf of the parties pursuant to the Court's instruction in its sealed order, D.I. 179 (the "Order"). The parties appreciate the opportunity to review the Order prior to its public disclosure. After careful review, the parties do not seek to keep any portion of the Order under seal.

                                Respectfully submitted,

                                */s/ Lindsey M. Gellar*

                              Lindsey M. Gellar (No. 7202)

cc:    Clerk of the Court (by CM/ECF)
        All counsel of record (by CM/ECF and Email)