# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DELOITTE COUNSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-325-WCB<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT SAGITEC SOLUTIONS, LLC'S NOTICE OF SUBPOENA COMMANDING PRODUCTION OF DOCUMENTS AND NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Sagitec Solutions, LLC, will cause a subpoena to be served upon the National Association of State Workforce Agencies (NASWA), commanding it to produce the documents set forth in the subpoena attached hereto as Exhibit A within its possession, custody or control on the dates and at the locations listed on the attached subpoena.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendant Sagitec Solutions, LLC, by and through its attorneys, will cause a subpoena to testify at a deposition to be served on the above-listed entity.

PLEASE TAKE FURTHER NOTICE that the deposition of the National Association of State Workforce Agencies (NASWA) will take place on September 20, 2024 at 9:00 a.m. ET or another time mutually agreed upon by the parties and the deponent. The deposition will be conducted at Carr Workplaces Clarendon, 3033 Wilson Blvd., Suite 700, Arlington, VA 22201, or at another mutually agreeable location.

The deposition will take place before a court reporter or other person authorized to administer oaths and will be conducted in accordance with the Federal Rules of Civil Procedure. The testimony at the deposition will be recorded by videographic, audio, audiovisual, video conferencing, stenographic, and/or real-time computer means from a remote location separate from the deponent. The deposition shall continue day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial or any other hearing in this matter, and for any other purposes permitted under the Federal Rules of Civil Procedure.

| | |
|---|---|
| OF COUNSEL:<br>Chris K. Larus<br>David A. Prange<br>Rajin S. Olson<br>Navin Ramalingam<br>Brandon A. Carmack<br>Demitri M. Dawson<br>ROBINS KAPLAN, LLP<br>800 LaSalle Avenue<br>Suite 2800<br>Minneapolis, MN  55402<br>(612) 349-8500<br><br>Rebecca Bact<br>ROBINS KAPLAN LLP<br>800 Boylston Street<br>Boston, MA 02199<br>(617) 859-2740<br><br>Dated: August 27, 2024 | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>*/s/ Robert M. Vrana*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br><br><br>*Attorneys for Defendant Sagitec Solutions, LLC* |