IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and<br>DELOITTE DEVELOPMENT LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-325-WCB<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO AMEND**
**CERTAIN SCHEDULING ORDER DEADLINES TO ACCOMMODATE MEDIATION**

WHEREAS, fact discovery in the above-captioned action closes on September 20, 2024;

WHEREAS, the parties have diligently worked to complete productions of responsive documents, negotiate certain discovery disputes, and take and schedule remaining depositions within the current fact discovery period;

WHEREAS, the parties have agreed to mediate their claims and defenses, which, given the joint availability of the mediator, parties, and their counsel, likely will be scheduled for October or November;

WHEREAS, the Court has not set a date certain for the pretrial conference or for trial, and the parties understand that trial is unlikely to occur before late fall of 2025;

WHEREAS, the parties agree, subject to the approval of the Court, that the most efficient approach to conserve both Court and party resources in light of mediation, would be for the parties to take the remaining scheduled depositions off-calendar in preparation for mediation, reschedule those depositions to occur promptly after the mediation in the event mediation is not successful, and extend the fact discovery deadline and other deadlines to accommodate that mediation; and

WHEREAS, pursuant to D. Del. LR 16.4, counsel for the parties certify that they have sent a copy of the foregoing request to their respective clients,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the Scheduling Order (D.I. 168) in this case shall be amended as set forth in the below table; and

IT IS FURTHER STIPULATED AND AGREED that consistent with the parties' previous extension (D.I. 168), the extension of remaining deadlines shall not extend deadlines that have already passed, and shall be solely for the parties to (1) engage in mediation; (2) continue to supplement responses to discovery requests already served; (3) address identified deficiencies, including deficiencies raised during the extension; and (4) in the event that mediation fails, take depositions; and that no party shall serve new Interrogatories, Requests for Production of Documents, or Requests for Admission absent further agreement of the parties or leave of the Court.

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Fact Discovery Closes | September 20, 2024 | December 13, 2024 |
| Opening Expert Reports | November 14, 2024 | January 23, 2025 |
| Rebuttal Expert Reports | December 19, 2024 | February 27, 2025 |
| Expert Depositions Complete | January 17, 2025 | March 21, 2025 |
| Summary Judgment and Daubert Motions Due | February 13, 2025 | April 17, 2025 |
| Summary Judgment and Daubert Oppositions Due | March 13, 2025 | May 15, 2025 |
| Summary Judgment and Daubert Replies Due | March 27, 2025 | May 29, 2025 |
| Pretrial Conference | TBD | TBD |
| 5-Day Trial | TBD | TBD |

| | |
|---|---|
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Andrew E. Russell | /s/ Robert M. Vrana |
| John W. Shaw (No. 3362) | Anne Shea Gaza (No. 4093) |
| Andrew E. Russell (No. 5382) | Robert M. Vrana (No. 5666) |
| I.M. Pei Building | Rodney Square |
| 1105 North Market Street, 12th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 571-6600 |
| jshaw@shawkeller.com | agaza@ycst.com |
| arussell@shawkeller.com | rvrana@ycst.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Joshua L. Simmons | Christopher K. Larus |
| Stephany S. Kim | David A. Prange |
| KIRKLAND & ELLIS LLP | Brandon A. Carmack |
| 601 Lexington Avenue | Demitri M. Dawson |
| New York, NY 10022 | ROBINS KAPLAN LLP |
| (212) 446-4800 | 800 LaSalle Avenue |
| | Minneapolis, MN 55402 |
| Gregg F. LoCascio | (612) 349-8500 |
| Patrick Arnett | |
| Nick Teleky | Rebecca Bact |
| KIRKLAND & ELLIS LLP | ROBINS KAPLAN LLP |
| 1301 Pennsylvania Ave NW | 800 Boylston Street |
| Washington, DC 20004 | Boston, MA 02199 |
| (202) 389-5000 | (617) 859-2740 |
| | |
| John F. Hartmann | *Attorneys for Defendant* |
| KIRKLAND & ELLIS LLP | *Sagitec Solutions, LLC* |
| 300 North LaSalle | |
| Chicago, IL 60654 | |
| (312) 862-2000 | |
| | |
| *Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* | |

Dated: August 30, 2024

       IT IS SO ORDERED this _____ day of _____, 2024.

                                                  _____
                                                  The Honorable William C. Bryson