IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and<br>DELOITTE DEVELOPMENT LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-325-WCB<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 2, 2024, the following documents were served on the persons listed below in the manner indicated:

1) Notice of Subpoena to Mandel Law Office P.A.

2) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Mandel Law Office P.A.

| | |
|---|---|
| **BY EMAIL:**<br>Anne Shea Gaza<br>Robert M. Vrana<br>YOUNG CONAWAY STARGATT<br>　& TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com | Christopher K. Larus<br>David A. Prange<br>Rajin S. Olson<br>Brandon A. Carmack<br>ROBINS KAPLAN LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>(612) 349-8500<br>clarus@robinskaplan.com<br>dprange@robinskaplan.com<br>rolson@robinskaplan.com<br>bcarmack@robinskaplan.com |

|  |  |
|---|---|
| | */s/ Andrew E. Russell* |
| | John W. Shaw (No. 3362) |
| | Andrew E. Russell (No. 5382) |
| | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| Joshua L. Simmons | 1105 North Market Street, 12th Floor |
| Stephany S. Kim | Wilmington, DE 19801 |
| Dana DeVlieger | (302) 298-0700 |
| KIRKLAND & ELLIS LLP | jshaw@shawkeller.com |
| 601 Lexington Avenue | arussell@shawkeller.com |
| New York, NY 10022 | *Attorneys for Plaintiffs Deloitte Consulting LLP* |
| (212) 446-4800 | *and Deloitte Development LLC* |

Gregg F. LoCascio
Patrick Arnett
Nicholas Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
(202) 389-5000

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Dated: October 3, 2024