IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and<br>DELOITTE DEVELOPMENT LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-325-WCB<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO
AMEND CERTAIN SCHEDULING ORDER DEADLINES**

WHEREAS, fact discovery in the above-captioned action closes on December 13, 2024;

WHEREAS, the parties have diligently worked to complete productions of responsive documents, negotiate certain discovery disputes, and take and schedule remaining depositions within the current fact discovery period;

WHEREAS, the parties participated in a mediation on November 19, 2024, were unable to finalize an agreement on that date, but have continued to negotiate and talk with the mediator in good faith;

WHEREAS, in view of the current case schedule and end-of-the-year holidays, the parties require additional time to complete fact depositions if they are unable to resolve this lawsuit;

WHEREAS, the Court has not set a date certain for the pretrial conference or for trial, and the parties understand that trial is unlikely to occur before late fall of 2025; and

WHEREAS, pursuant to D. Del. LR 16.4, counsel for the parties certify that they have sent a copy of the foregoing request to their respective clients,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the Scheduling Order (D.I. 198) in this case shall be amended as set forth in the below table; and

IT IS FURTHER STIPULATED AND AGREED that consistent with the parties' previous extension (D.I. 198), the extension of remaining deadlines shall not extend deadlines that have already passed, and shall be solely for the parties to (1) continue to supplement responses to discovery requests already served; (2) address identified deficiencies, including deficiencies raised during the extension; and (3) take depositions; and that no party shall serve new Interrogatories, Requests for Production of Documents, or Requests for Admission absent further agreement of the parties or leave of the Court.

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Fact Discovery Closes | December 13, 2024 | February 28, 2025 |
| Opening Expert Reports | January 23, 2025 | April 3, 2025 |
| Rebuttal Expert Reports | February 27, 2025 | May 8, 2025 |
| Expert Depositions Complete | March 21, 2025 | May 30, 2025 |
| Summary Judgment and Daubert Motions Due | April 17, 2025 | June 26, 2025 |
| Summary Judgment and Daubert Oppositions Due | May 15, 2025 | July 24, 2025 |
| Summary Judgment and Daubert Replies Due | May 29, 2025 | August 7, 2025 |
| Pretrial Conference | TBD | TBD |
| 5-Day Trial | TBD | TBD |

| | |
|---|---|
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Andrew E. Russell | /s/ Anne Shea Gaza |
| John W. Shaw (No. 3362) | Anne Shea Gaza (No. 4093) |
| Andrew E. Russell (No. 5382) | Robert M. Vrana (No. 5666) |
| I.M. Pei Building | Rodney Square |
| 1105 North Market Street, 12th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 571-6600 |
| jshaw@shawkeller.com | agaza@ycst.com |
| arussell@shawkeller.com | rvrana@ycst.com |
| *Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* | *Attorneys for Defendant Sagitec Solutions, LLC* |

Dated: December 13, 2024

    IT IS SO ORDERED this 13th day of December, 2024.

_____
The Honorable William C. Bryson