# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | C.A. No. 23-325-WCB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 30, 2025, the following was served on the counsel listed below in the manner indicated:

1) *Defendant's Second Amended and Supplemental Notice of Deposition of Plaintiffs Pursuant to Fed. R. Civ. P. 30(b)(6) (Topics 1-130)*

**BY EMAIL**

Joshua L. Simmons
Dana DeVlieger
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Gregg F. LoCascio
Patrick Arnett
Nicholas Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
(202) 389-5000

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*arussell@shawkeller.com*

*Attorneys for Plaintiffs Deloitte Consulting LLPand Deloitte Development LLC*

(312) 862-2000

*Deloitte-Sagitec@kirkland.com*

      PLEASE TAKE FURTHER NOTICE that on February 14, 2025, a copy of this Notice was electronically filed with the Clerk of Court using CM/ECF and will be served by email on the counsel listed above.

Dated: February 14, 2025

| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Christopher K. Larus | |
| David A. Prange | */s/ Robert M. Vrana* |
| Rajin S. Olson | Anne Shea Gaza (No. 4093) |
| Brandon A. Carmack | Robert M. Vrana (No. 5666) |
| ROBINS KAPLAN LLP | Colin A. Keith (No. 7074) |
| 800 LaSalle Avenue | Rodney Square |
| Minneapolis, MN 55402 | 1000 North King Street |
| (612) 349-8500 | Wilmington, DE 19801 |
| clarus@robinskaplan.com | (302) 571-6600 |
| dprange@robinskaplan.com | agaza@ycst.com |
| rolson@robinskaplan.com | rvrana@ycst.com |
| bcarmack@robinskaplan.com | ckeith@ycst.com |

*Attorneys for Defendant Sagitec Solutions, LLC*