YOUNG CONAWAY

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

CHARLOTTE
CARILLON TOWER

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

March 3, 2025

**VIA CM/ECF**

The Honorable William C. Bryson
The United State Court of Appeals
   for the Federal Circuit
717 Madison Place, N. W.
Suite 910
Washington DC 20439

Re:  *Deloitte Consulting LLP, et al. v. Sagitec Solutions, LLC*,
C.A. No. 23-325-WCB (D. Del.)

Dear Judge Bryson,

The parties write jointly pursuant to the Court's Oral Order of February 24, 2025, following the discovery dispute hearing conducted earlier that day, regarding "the progress [the parties] have made on the issues of Sagitec's deposition topics." *See* D.I. 224.

As ordered by the Court, the parties met and conferred on Deloitte 30(b)(6) Topic Nos. 62, 114-117, and 126, and have reached agreement on the following:

1. As to Topic No. 62, in lieu of 30(b)(6) testimony, the parties have agreed that Deloitte will supplement its responses to Sagitec's Interrogatory No. 13 solely to provide additional information sought by this Topic no later than March 21, 2025. Specifically, the parties have agreed that for the portions of the registered works Deloitte previously identified in its responses to this Interrogatory as reflecting alleged copying by Sagitec, Deloitte will clarify, subject to its objections, the protectable expression Deloitte contends Sagitec copied and the factual basis for Deloitte's contention that the material is protectable. Deloitte will not seek to use this supplement to expand the scope of its copyright contentions by identifying new alleged instances of alleged copying.

2. As to Topic Nos. 114-117, Deloitte provided 30(b)(6) testimony on related Topics after Sagitec raised its concerns regarding these topics, including testimony given on February 19, 2025, the day that Sagitec's opening letter brief regarding this dispute was due. Given this testimony, in an effort to narrow and resolve disputes among the

Young Conaway Stargatt & Taylor, LLP
The Honorable William C. Bryson
March 3, 2025
Page 2

        parties, Sagitec has agreed to not seek further testimony on these topics.

3. As to Topic No. 125, in lieu of 30(b)(6) testimony, the parties have agreed that Deloitte will supplement its response to Interrogatory No. 7 solely to address additional information sought by this Topic no later than March 21, 2025. Specifically, the parties have agreed that Deloitte will, subject to its objections, supplement its responses to Interrogatory No. 7 to clarify with greater specificity where on the source code computer the work associated with each asserted Copyright Registration is found and the material that Deloitte contends is covered by each Copyright Registration.

Should the Court have any questions for the parties regarding these issues, the parties are available at the Court's convenience.

        Respectfully,

        */s/ Anne Shea Gaza*

        Anne Shea Gaza (No. 4093)

cc: All Counsel of Record (Via Electronic Mail)