# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 23-325-WCB |
| v. | ) ) ) |
| SAGITEC SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that David A. Prange, Navin Ramalingam, Brandon A. Carmack, Demitri M. Dawson, Rebecca Bact, Miles Finn, and the law firm of Robins Kaplan LLP hereby withdraw as Counsel for Defendant Sagitec Solutions, Inc. in this action and may be removed from the docket and service list.

Defendant Sagitec Solutions, Inc. will continue to be represented by Thompson Hine LLP and Young Conaway Stargatt & Taylor, LLP.

OF COUNSEL:

Christopher K. Larus
Rajin S. Olson
THOMPSON HINE LLP
800 Nicollet Ave., Suite 2925
Minneapolis, MN 55402
Christopher.Larus@ThompsonHine.com
Rajin.Olson@ThompsonHine.com

Dated: March 12, 2025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Colin A. Keith (No. 7074)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
ckeith@ycst.com

*Attorneys for Defendant Sagitec Solutions, LLC*