IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and<br>DELOITTE DEVELOPMENT LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-325-WCB<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 21, 2025, the following documents were served on Team-Sagitec@thompsonhine.com and the persons listed below in the manner indicated:

1) Deloitte's Fifth Supplemental Responses and Objections to Sagitec Solutions LLC's First Set of Interrogatories (Nos. 1-9)

2) Deloitte's Third Supplemental Responses and Objections to Sagitec Solutions LLC's Third Set of Interrogatories (12-15)

**BY EMAIL:**

| | |
|---|---|
| Anne Shea Gaza<br>Robert M. Vrana<br>YOUNG CONAWAY STARGATT<br> & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com | Rajin S. Olson<br>THOMPSON HINE LLP<br>800 Nicollet Ave., Suite 2925<br>Minneapolis, MN 55402<br>(877) 628-5500<br>rajin.olson@thompsonhine.com |

<table>
<tr><td>

OF COUNSEL:

Joshua L. Simmons
Stephany S. Kim
Dana DeVlieger
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Gregg F. LoCascio
Patrick Arnett
Nicholas Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
(202) 389-5000

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Dated: March 24, 2025

</td><td>

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Lindsey M. Gellar (No. 7202)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
lgellar@shawkeller.com
*Attorneys for Plaintiffs Deloitte Consulting LLP
and Deloitte Development LLC*

</td></tr>
</table>