IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELOITTE CONSULTING LLP and<br>DELOITTE DEVELOPMENT LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 23-325-WCB |
| SAGITEC SOLUTIONS, LLC, | )<br>)<br>) | |
| Defendant. | ) | |

**JOINT STIPULATION AND PROPOSED ORDER TO
AMEND SCHEDULING ORDER DEADLINES FOR SERVICE OF EXPERT REPORTS**

WHEREAS, opening and rebuttal expert reports in the above-captioned action are currently due to be served on April 25, 2025 and May 30, 2025, respectively;

WHEREAS, Deloitte represents that although it has diligently worked to complete opening reports to serve by the current deadline, certain unavoidable and emergency conflicts for Deloitte's counsel have recently come to light;

WHEREAS, the parties agree that the deadlines for service of opening and rebuttal expert reports could be extended by one week to accommodate those conflicts without modifying any additional deadlines, such as those for summary judgment motions;

WHEREAS, pursuant to D. Del. LR 16.4, counsel for the parties certify that they have sent a copy of the foregoing request to their respective clients,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the Scheduling Order (D.I. 237) in this case shall be amended as set forth in the below table:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Opening Expert Reports | April 25, 2025 | May 2, 2025 |
| Rebuttal Expert Reports | May 30, 2025 | June 6, 2025 |
| Expert Depositions Complete | June 20, 2025 | June 20, 2025 |
| Summary Judgment and Daubert Motions Due | July 3, 2025 | July 3, 2025 |
| Summary Judgment and Daubert Oppositions Due | July 24, 2025 | July 24, 2025 |
| Summary Judgment and Daubert Replies Due | August 7, 2025 | August 7, 2025 |
| Pretrial Conference | TBD | TBD |
| 5-Day Trial | TBD | TBD |

<table>
<tr><td>

SHAW KELLER LLP

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

OF COUNSEL:
Joshua L. Simmons
Dana DeVlieger
Stephany S. Kim
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Gregg F. LoCascio
Patrick Arnett
Nick Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
(202) 389-5000

</td><td>

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

OF COUNSEL:
Christopher K. Larus
William E. Manske
Rajin S. Olson
THOMPSON HINE LLP
800 Nicollet Ave. Suite 2925
Minneapolis, MN 55402
christopher.larus@thompsonhine.com
william.manske@thompsonhine.com
rajin.olson@thompsonhine.com

*Attorneys for Defendant*
*Sagitec Solutions, LLC*

</td></tr>
</table>

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC*

Dated: April 24, 2025

    IT IS SO ORDERED this 24th day of April, 2025.

                                      */s/ William C. Bryson*
                                      The Honorable William C. Bryson