IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and<br>DELOITTE DEVELOPMENT LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-325-WCB<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of the following attorneys to represent Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC in this matter:

Ariel Deitchman
KIRKLAND & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
(305) 432-5676
ariel.deitchman@kirkland.com

| | |
|---|---|
| OF COUNSEL:<br>Joshua L. Simmons<br>Stephany S. Kim<br>Dana DeVlieger<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Gregg F. LoCascio<br>Patrick Arnett<br>Nicholas Teleky<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave NW<br>Washington, DC 20004<br>(202) 389-5000<br><br>John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Ariel Deitchman<br>KIRKLAND & ELLIS LLP<br>Three Brickell City Centre<br>98 S.E. 7th Street, Suite 700<br>Miami, FL 33131<br>(305) 432-5676<br><br>Dated: June 9, 2025 | */s/ Andrew E. Russell*<br>Andrew E. Russell (No. 5382)<br>Lindsey M. Gellar (No. 7202)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>arussell@shawkeller.com<br>lgellar@shawkeller.com<br>*Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Ariel Deitchman is granted.

_____
United States Circuit Judge

Date: June 9, 2025

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: June 9, 2025

Ariel Deitchman
KIRKLAND & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
(305) 432-5676
ariel.deitchman@kirkland.com