IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 23-325-WCB ) |
| SAGITEC SOLUTIONS, LLC, | ) ) |
| Defendant. | ) ) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC (collectively, "Deloitte") respectfully move for summary judgment on Defendant Sagitec Solutions LLC's ("Sagitec") affirmative defenses of fair use and unclean hands.

The grounds for this motion are set forth in Plaintiffs' opening brief and supporting exhibits and declarations, filed concurrently herewith. A proposed order is attached.

|  |  |
|---|---|
| | /s/ Nathan R. Hoeschen |
| | Andrew E. Russell (No. 5382) |
| | Nathan R. Hoeschen (No. 6232) |
| | Lindsey M. Gellar (No. 7202) |
| OF COUNSEL: | SHAW KELLER LLP |
| Joshua L. Simmons | I.M. Pei Building |
| Stephany S. Kim | 1105 North Market Street, 12th Floor |
| Dana DeVlieger | Wilmington, DE 19801 |
| KIRKLAND & ELLIS LLP | (302) 298-0700 |
| 601 Lexington Avenue | arussell@shawkeller.com |
| New York, NY 10022 | nhoeschen@shawkeller.com |
| (212) 446-4800 | lgellar@shawkeller.com |
| | *Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC* |

Gregg F. LoCascio
Patrick Arnett
Nicholas Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
(202) 389-5000

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Ariel Deitchman
KIRKLAND & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
(305) 432-5676

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7419

Dated: July 3, 2025