IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 23-325-WCB |
| SAGITEC SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) |

### [PROPOSED] ORDER

This Court, having considered Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC's (collectively, "Deloitte") Motion for Summary Judgment on Defendant Sagitec Solutions LLC's ("Sagitec") affirmative defenses of fair use and unclean hands, and the related briefing and argument thereto,

IT IS HEREBY ORDERED this ____ day of _____, 2025, that Plaintiffs' Motion for Summary Judgment is **GRANTED**.

_____
The Honorable William C. Bryson