IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | C.A. No. 23-cv-325-WCB |

**SAGITEC'S MOTION TO STRIKE LATE-DISCLOSED THEORIES AND RELATED PORTIONS OF THE EXPERT REPORT OF DR. JONATHAN KREIN**

Defendant Sagitec Solutions, LLC ("Sagitec") respectfully moves the Court for an order striking belated theories by Deloitte, including as reflected in certain portions of the expert report of Dr. Jonathan Krein relating to alleged misappropriation of Deloitte's asserted trade secrets and the alleged infringement of Deloitte's asserted copyrights.[1]

First, the Court should strike Dr. Krein's opinions based on a "uFACTS Overview" document that Deloitte did not identify in fact discovery as comprising Deloitte's alleged trade secrets. *See* Ex. 5 (Krein Report) ¶¶ 216-233, 258 (in part), 259, 263-264, 270-271, 275-276, 278-279, 281-282, 284-285, 287-288, 290-291, 293-294, 296-297, 299-300, 302 (in part), 303, 305-306, 308 (in part), 309, 311-312, 314-315, 317-318, 321-322, 324 (in part), 325, 330-331.[2]

---

[1] Sagitec intends to file a Daubert motion concerning certain of Dr. Krein's opinions. This motion to strike, however, is procedurally and substantively distinct, as it addresses only issues properly considered under Rule 37(c)(1) of the Federal Rules of Civil Procedure.

[2] Exhibits are attached to the declaration of Rajin S. Olson filed concurrently herewith.

Second, the Court should strike Dr. Krein's opinions based on Sagitec source code files "BatchRateDataProcess.cs" and "busConstants.cs" that Deloitte did not identify in fact discovery as allegedly infringing Deloitte's asserted copyrights. *Id.* ¶¶ 392-432.

The grounds for this motion are set forth in the accompanying brief, associated exhibits, and other submissions, filed concurrently with this motion.

WHEREFORE, Sagitec respectfully requests an order, substantially in the form attached hereto.


Date: July 3, 2025

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Anne Shea Gaza*
        Anne Shea Gaza (No. 4093)
        Robert M. Vrana (No. 5666)
        Rodney Square
        1000 North King Street
        Wilmington, DE 19801
        (302) 571-6600
        agaza@ycst.com
        rvrana@ycst.com

        Attorney for Defendant Sagitec Solutions, LLC

### CERTIFICATION PURSUANT TO D. DEL. LR. 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, counsel hereby certifies that a reasonable effort was made to reach agreement with opposing counsel regarding the subject matter of this Motion, including oral communication involving Delaware counsel, but no agreement was reached.

Date: July 3, 2025                    /s/ Anne Shea Gaza
                                                       Anne Shea Gaza (No. 4093)