IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | C.A. No. 23-cv-325-WCB |

**SAGITEC'S *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINIONS OF PLAINTIFFS' PROFFERED EXPERTS DR. JONATHAN KREIN AND MR. THOMAS BRITVEN**

Defendant Sagitec Solutions, LLC ("Sagitec") respectfully moves the Court for an order excluding certain opinions of Deloitte's experts, Dr. Jonathan Krein and Mr. Thomas Britven.

The grounds for this motion are set forth in the accompanying brief, associated exhibits, and other submissions, filed concurrently with this motion.

WHEREFORE, Sagitec respectfully requests an order, substantially in the form attached hereto.

Date:  July 3, 2025

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        */s/ Anne Shea Gaza*
                                        Anne Shea Gaza (No. 4093)
                                        Robert M. Vrana (No. 5666)
                                        Rodney Square
                                        1000 North King Street
                                        Wilmington, DE 19801
                                        (302) 571-6600
                                        agaza@ycst.com
                                        rvrana@ycst.com

                                        Attorney for Defendant Sagitec Solutions, LLC

## CERTIFICATION PURSUANT TO D. DEL. LR. 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, counsel hereby certifies that a reasonable effort was made to reach agreement with opposing counsel regarding the subject matter of this Motion, including oral communication involving Delaware counsel, but no agreement was reached.

Date: July 3, 2025                    */s/ Anne Shea Gaza*
                                      Anne Shea Gaza (No. 4093)