**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | C.A. No. 23-cv-325-WCB |

**SAGITEC'S MOTION FOR SUMMARY JUDGMENT**
**PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 56**

Pursuant to Fed. R. Civ. P. 56, Defendant Sagitec Solutions, LLC ("Sagitec") respectfully moves the Court for summary judgment in its favor on Deloitte's claims (Counts I-V).

The grounds for this motion are set forth in the accompanying brief, associated exhibits, and other submissions, filed concurrently with this motion.

WHEREFORE, Sagitec respectfully requests an order, substantially in the form attached hereto.

Date: July 3, 2025

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

Attorney for Defendant Sagitec Solutions, LLC