IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 23-325-WCB |
| SAGITEC SOLUTIONS LLC, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

WHEREAS, Sagitec Solutions LLC filed a Motion to Strike Late-Disclosed Theories and Related Portions of the Expert Report of Dr. Jonathan Krein (the "Motion to Strike") (D.I. 271) on July 3, 2025;

WHEREAS the parties have agreed to align the briefing deadlines for the Motion to Strike with the Court's briefing deadlines for the parties' summary judgment and Daubert motions (D.I. 237, ¶ 5);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for plaintiffs to file an answering brief in opposition to defendant Sagitec's Motion to Strike is extended to and including July 24, 2025, and that the time for defendants to file a reply brief in support of the Motion to Strike is extended through and including August 7, 2025.

| | |
|---|---|
| */s/ Robert M. Vrana* | */s/ Andrew E. Russell* |
| Anne Shea Gaza (No. 4093) | Andrew E. Russell (No. 5382) |
| Robert M. Vrana (No. 5666) | Lindsey M. Gellar (No. 7202) |
| YOUNG CONAWAY STARGATT | SHAW KELLER LLP |
| & TAYLOR, LLP | I.M. Pei Building |
| Rodney Square | 1105 North Market Street, 12th Floor |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-0700 |
| (302) 571-6600 | arussell@shawkeller.com |
| agaza@ycst.com | lgellar@shawkeller.com |
| rvrana@ycst.com | *Attorneys for Plaintiffs Deloitte Consulting* |
| *Attorneys for Defendant Sagitec Solutions, LLC* | *LLP and Deloitte Development LLC* |

Dated: July 11, 2025

    It is SO ORDERED.

_____
William C. Bryson
United States Circuit Judge