IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 23-325-WCB ) |
| SAGITEC SOLUTIONS, LLC, | ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Defendant to file an answering brief in opposition to Plaintiffs' Motion for Sanctions (D.I. 296, the "Motion") is hereby extended to and including August 14, 2025. The deadline for Plaintiffs to file a reply brief in support of the Motion is hereby extended to and including August 28, 2025.

| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/Andrew E. Russell* | */s/ Robert M. Vrana* |
| Andrew E. Russell (No. 5382) | Anne Shea Gaza (No. 4093) |
| Lindsey M. Gellar (No. 7202) | Robert M. Vrana (No. 5666) |
| I.M. Pei Building | Rodney Square |
| 1105 North Market Street, 12th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 571-6600 |
| arussell@shawkeller.com | agaza@ycst.com |
| lgellar@shawkeller.com | rvrana@ycst.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Joshua L. Simmons | Christopher K. Larus |
| KIRKLAND & ELLIS LLP | William E. Manske |
| 601 Lexington Avenue | Rajin S. Olson |
| New York, NY 10022 | THOMPSON HINE LLC |
| (212) 446-4800 | 800 Nicollet Ave., Suite 2925 |
| | Minneapolis, MN 55402 |

Gregg F. LoCascio
Patrick Arnett
Nick Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
(202) 389-5000

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-4719

Ariel Deitchman
KIRKLAND & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
(305) 432-5676

*Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC*

Dated: July 31, 2025

(877) 628-5500

*Attorneys for Defendant Sagitec Solutions, LLC*

    IT IS SO ORDERED this 31st day of July, 2025.

_____
The Honorable William C. Bryson