**DECLARATION OF MONTY G. MYERS**

**IN SUPPORT OF DEFENDANT'S OPPOSITION TO**

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**Docket No. 303**

**REDACTED VERSION**
**Filed: July 31, 2025**

# DECLARATION & EXHIBITS REDACTED

# IN THEIR ENTIRETY