# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) ) | **Redacted - Public Version** |
| Plaintiffs, | ) ) | C.A. No. 23-325-WCB |
| v. | ) ) | |
| SAGITEC SOLUTIONS LLC, | ) ) ) | |
| Defendant. | ) ) ) ) | |

**DECLARATION OF MIRANDA D. MEANS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SAGITEC SOLUTIONS LLC'S MOTION TO STRIKE LATE DISCLOSED THEORIES AND RELATED PORTIONS OF THE REPORT OF DELOITTE'S PROFFERED EXPERT DR. JONATHAN KREIN**

I, Miranda D. Means, hereby declare as follows:

1. I am over eighteen (18) years old, and I am competent to attest to and have personal knowledge of the facts in this declaration.

2. I am an attorney at Kirkland & Ellis LLP, counsel of record in the above captioned case for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC ("Plaintiffs"). I am a member in good standing to practice law in the states of Massachusetts and New York, and I am admitted *pro hac vice* to practice in this District for the above-captioned case.

3. I submit this Declaration in support of Plaintiffs' Opposition to Sagitec Solutions LLC's Motion to Strike Late Disclosed Theories and Related Portions of Report of Deloitte's Proffered Expert Dr. Jonathan Krein. ("Opposition" or "Opp."). The statements set forth in this

declaration are based on my personal knowledge and my review of the contemporaneous documents referenced and attached hereto.

  4.  Attached hereto as **Exhibit 1** is a true and correct copy of the Corrected Expert Rebuttal Report of Monty Myers, dated June 11, 2025.

  5.  Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition of Dr. Jonathan Krein, dated June 13, 2025.

I declare under penalty of perjury that the foregoing is are true and correct.

Executed on the 24th day of July, 2025.

          */s/ Miranda D. Means*
          Miranda D. Means

# EXHIBIT 1

**REDACTED IN ITS ENTIRETY**

# EXHIBIT 2

**REDACTED IN ITS ENTIRETY**