IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) ) **Redacted - Public Version** |
| Plaintiffs, | ) ) C.A. No. 23-325-WCB |
| v. | ) ) |
| SAGITEC SOLUTIONS LLC, | ) ) |
| Defendant. | ) ) ) ) |

**DECLARATION OF ANIL GOSU IN OPPOSITION TO SAGITEC SOLUTIONS LLC'S MOTION FOR SUMMARY JUDGMENT**

I, Anil Gosu, hereby declare as follows:

1. I am a managing director at Deloitte Consulting LLP ("Deloitte"). I make this declaration in support of Deloitte's opposition to Sagitec Solutions LLC's motion for summary judgment. Based on my involvement in the facts and circumstances described below, I have personal knowledge of the facts set forth herein which I know to be true.

2. I have served as a managing director at Deloitte since 2021. In my role, I sell and execute projects related to government and public services, focusing on labor and workforce development. Prior to being promoted to managing director, I served as a senior consultant, manager, and senior manager at Deloitte, in each instance working on labor and workforce development projects. Before joining Deloitte, I served as a senior consultant at BearingPoint, Inc., a consulting company. As a senior consultant, I was a software developer and systems architect on our unemployment insurance ("UI") software solutions. In 2009, Deloitte acquired some of BearingPoint's assets, and hired some of its employees, including myself.

1

3. A key asset that we developed at BearingPoint and that was acquired and further developed by Deloitte is the Unemployment Framework for Automated Claim & Tax ("uFACTS") solution. I have worked on uFACTS in various capacities for over 20 years. uFACTS is a software solution for managing UI programs and Deloitte's proprietary technology. Deloitte has developed several versions of uFACTS, including for Minnesota, Massachusetts, and New Mexico, which incorporate both the key components and functionalities of a UI system and the specific laws and regulations each state has regarding UI.

4. Given my 20 years of experience developing uFACTS, I am intimately familiar with uFACTS, its development, and the advantages it provides over other market products. BearingPoint initially began developing uFACTS in 2003 and we have continuously refined it over time. uFACTS transformed the way states manage UI claims through streamlined processes, open architecture, and the ability to be deployed on any infrastructure. Further, it provided key advancements to then-existing solutions, such as main-frame solutions, for states looking to manage their UI systems. For example, through uFACTS' unique design and implementation, it confers several advantages through its processing of unemployment information, including the manner in which it stores and captures data. It also provided increased flexibility and ease of use for clients through interface adjustments that made the software more logical and easier to maintain, including due to the fact that uFACTS is a web-based application.

5. I was a software developer who personally worked on building the uFACTS solution, including creating the uFACTS computer program. Beyond satisfying the project requirements for a given state, we were not constrained in how we wrote or designed that program. I am keenly aware of the advantages a competitor would gain by having access to the

uFACTS solution.  These advantages include having access to and being able to refer to and analyze the technical details and implementations of a modernized UI system, which among other things would provide a competitor the ability to more quickly build a competing product and gain contracts using the technology and documentation Deloitte spent years and millions of dollars developing.

6.     These advantages are further demonstrated through the trade secrets Deloitte asserts in this case, which I helped develop.  They are divided into two groups: (1) uFACTS Application and (2) uFACTS Design.  The uFACTS Application trade secrets involve the software components that describe the operation, architecture, and implementation of uFACTS.  The uFACTS Design trade secrets relate to the structure of the uFACTS software as described in plain language, such as through uFACTS use cases, requirements, and process flow.

7.     By gaining access to the uFACTS Application trade secrets, a competitor would learn of, for example, the particular organization and architecture of the uFACTS solution, including software components that describe the operation, architecture, and implementation of a functional UI software solution.  This would assist a competitor in developing similar valuable functionalities while considering how uFACTS successfully implemented them.  Similarly, by gaining access to the uFACTS Design trade secrets, a competitor would learn aspects of the valuable operation and complex structure of the uFACTS solution, its various modules and components, and particular use cases.  This would essentially provide a competitor with a blueprint that could be used to compete with Deloitte.

8.     In part because of the many advantages a competitor would gain by getting access to Deloitte's uFACTS Application and Design trade secrets specifically, Deloitte took steps to maintain the secrecy of the uFACTS trade secrets.  Based on my experience in the industry and

working on uFACTS, Deloitte's uFACTS trade secrets were extremely valuable to Deloitte both individually and collectively because they were secret and not shared with Deloitte's competitors in the UI modernization industry.

9. Deloitte also has copyrights in uFACTS, which Deloitte registered with the Copyright Office as Registration Nos. TX 8-559-593 (uFACTS (NM: Tax and Benefits)), TX 8-559-594 (uFACTS (Mass: Tax)"), and TX 8-559-595 (uFACTS (Mass: Benefits)). My understanding is that, to register uFACTS, Deloitte was required to deposit a certain amount of source code with the Copyright Office. Although at my deposition I did not recall, I have since confirmed that I am the one who collected the code for the deposit. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ As part of this case, I was responsible for collecting the instances of uFACTS that we registered so that they could be produced to Sagitec. In order to ensure the produced computer program was the same version we registered ■■■■■■■■■■■■■■■■■■■■■■■■■■■ I also reviewed the deposit copies and compared them with ■■■■■■■■■■■■■■■■■■■■■■■■■■■

10. The instances of the uFACTS computer program that Deloitte registered with the Copyright Office were produced in this case at the following directories on Deloitte's source code review computer:

- Registration No. TX 8-559-594: ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
- Registration No. TX 8-559-595: ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
- Registration No. TX 8-559-593: ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

11. I have reviewed the certificates of registration that the Copyright Office issued for uFACTS. They are consistent with my knowledge and review of the code that was produced in this case. Although I understand that Sagitec has pointed to "last modified" dates in the metadata of some of the files in the folders that Deloitte produced, the code was not changed or modified. Instead, it is consistent with my knowledge and experience that any files that have "last modified date" metadata after the date of publication in the registrations' certificates, it likely is because the computer system changed it when folders were moved on the system, or when certain system components run on a machine, such as maintenance checks, compiling, and system backups. It would not make sense for the dates to be due to code being changed because those repositories on the SharePoint site are not used for development purposes.

12. Deloitte registered an instance of uFACTS called uFACTS (Mass: Benefits) as Registration No. TX 8-559-595. It is from the 2013 version of the Massachusetts implementation of the uFACTS solution, which Deloitte built as part of the QUEST project. I was a developer on this project. As part of the project, ███████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 23rd day of July, 2025.

_____
Anil Gosu

5