# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) ) C.A. No. 23-325-WCB ) ) ) ) ) ) Redacted - Public Version ) ) ) ) ) |
| Plaintiffs, | |
| v. | |
| SAGITEC SOLUTIONS LLC, | |
| Defendant. | |

## DECLARATION OF NICK TELEKY IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

I, Nick Teleky, hereby declare as follows:

1. I am over eighteen (18) years old, and I am competent to attest to and have personal knowledge of the facts in this declaration.

2. I am an attorney at Kirkland & Ellis LLP, counsel of record in the above captioned case for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC ("Plaintiffs"). I am a member in good standing to practice law in the District of Columbia, and I am admitted *pro hac vice* to practice in this District for the above-captioned case.

3. I submit this Declaration in support of Plaintiffs' Reply Brief in support of their Motion for Summary Judgment. The statements set forth in this declaration are based on my personal knowledge and my review of the contemporaneous documents referenced and attached hereto.

4.      Attached hereto as **Exhibit 48** is a true and correct copy of excerpts of Deloitte's Fourth Supplemental Responses and Objections to Sagitec's Third Set of Interrogatories, dated March 28, 2025.

5.      Attached hereto as **Exhibit 49** is a true and correct copy of excerpts of Deloitte's Sixth Supplemental Responses and Objections to Sagitec's First Set of Interrogatories, dated March 28, 2025.

6.      Attached hereto as **Exhibit 50** is a true and correct copy of a document bearing beginning Bates number SAGITEC-DEL_03967255.

7.      Attached hereto as **Exhibit 51** is a true and correct copy of a document bearing beginning Bates number SAGITEC-DEL_03967314.

Executed on the 7th day of August, 2025.

> /s/ Nick Teleky
> Nick Teleky

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 7, 2025, this document was served on the persons listed below in the manner indicated:

**BY EMAIL:**

| | |
|---|---|
| Anne Shea Gaza<br>Robert M. Vrana<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com | Christopher K. Larus<br>Rajin S. Olson<br>William E. Manske<br>THOMPSON HINE LLP<br>800 Nicollet Ave., Suite 2925<br>Minneapolis, MN 55402<br>(877) 628-5500<br>christopher.larus@thompsonhine.com<br>rajin.olson@thompsonhine.com<br>william.manske@thompsonhine.com |

                        */s/ Andrew E. Russell*
                        Andrew E. Russell (No. 5382)
                        Lindsey M. Gellar (No. 7202)
                        SHAW KELLER LLP
                        I.M. Pei Building
                        1105 North Market Street, 12th Floor
                        Wilmington, DE 19801
                        (302) 298-0700
                        arussell@shawkeller.com
                        lgellar@shawkeller.com
                        *Attorneys for Plaintiffs Deloitte Consulting LLP*
                        *and Deloitte Development LLC*

# EXHIBIT 48
## REDACTED IN ITS ENTIRETY

# EXHIBIT 49
## REDACTED IN ITS ENTIRETY

# EXHIBIT 50
## REDACTED IN ITS ENTIRETY

# EXHIBIT 51
## REDACTED IN ITS ENTIRETY