

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

August 14, 2025

**BY CM/ECF & HAND DELIVERY**
The Honorable William C. Bryson
United States Court of Appeals for the Federal Circuit
Howard T. Markey National Courts Building
717 Madison Place, N.W.
Washington, DC 20439-0000

    Re:    *Deloitte Consulting LLP, et al. v. Sagitec Solutions LLC*, C.A. No. 23-235-WCB

Dear Judge Bryson:

    Pursuant to D. Del. L. R. 7.1.4, Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC ("Deloitte") respectfully request oral argument on Plaintiffs' Motion for Summary Judgment on Defendant's Affirmative Defenses of Fair Use and Unclean Hands (D.I. 268, with briefing at D.I. 269, 302, and 337), Defendant's Motion to Strike Late-Disclosed Theories and Related Portions of the Expert Report of Dr. Jonathan Krein (D.I. 271, with briefing at D.I. 272, 309, and 335), Defendant's Motion to Preclude Certain Opinions of Plaintiffs' Proffered Experts Dr. Jonathan Krein and Mr. Thomas Britven (D.I. 274, with briefing at D.I. 275, 307, and 334), and Defendant's Motion for Summary Judgment Pursuant to Federal Rules of Civil Procedure Rule 56 (D.I. 277, with briefing at D.I. 278, 299, and 332).  The reply briefs for these motions were filed on August 7, 2025.

    Counsel for Deloitte respectfully requests that the Court schedule oral argument for a date after October 16, 2025, due to a preexisting commitments, including to a trial in another matter during that period.

                                              Respectfully submitted,

                                              */s/ Andrew E. Russell*

                                              Andrew E. Russell (No. 5382)

cc:    Clerk of the Court (by CM/ECF)
        All counsel of record (by CM/ECF and Email)