IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAGITEC SOLUTIONS LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Redacted - Public Version**<br><br>C.A. No. 23-325-WCB |

**DECLARATION OF MIRANDA D. MEANS IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO SAGITEC SOLUTIONS LLC'S MOTION TO STRIKE
PARAGRAPHS 9–12 OF THE DECLARATION OF ANIL GOSU**

I, Miranda D. Means, hereby declare as follows:

1. I am over eighteen (18) years old, and I am competent to attest to and have personal knowledge of the facts in this declaration.

2. I am an attorney at Kirkland & Ellis LLP, counsel of record in the above captioned case for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC ("Plaintiffs"). I am a member in good standing to practice law in the states of Massachusetts and New York, and I am admitted *pro hac vice* to practice in this District for the above-captioned case.

3. I submit this Declaration in support of Plaintiffs' Opposition to Sagitec Solutions LLC's Motion to Strike Paragraph's 9–12 of the Declaration of Anil Gosu. ("Opposition" or "Opp."). The statements set forth in this declaration are based on my personal knowledge and my review of the contemporaneous documents referenced and attached hereto.

4. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the deposition of Anil Gosu, dated February 12, 2025.

5. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition of Scott Malm, dated February 19, 2025.

6. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Nick Teleky to Sagitec's counsel, dated February 2, 2025.

7. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of Deloitte's Responses and Objections to Sagitec's Second Amended and Supplemental Notice of Deposition of Deloitte Pursuant to Fed. R. Civ. P. 30(b)(6), dated February 6, 2025.

8. Attached hereto as **Exhibit 5** is a true and correct copy of an email from Stephany Kim to Sagitec's counsel, dated February 18, 2025.

9. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Sagitec's Second Amended and Supplemental Notice of Deposition of Deloitte Pursuant to Fed. R. Civ. P. 30(b)(6), dated January 30, 2025.

10. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the deposition of Annica Jin-Hendel, dated March 18, 2025.

11. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the deposition of Scott Malm, dated March 21, 2025.

I declare under penalty of perjury that the foregoing is are true and correct.

Executed on the 21st day of August, 2025.

*/s/ Miranda D. Means*
Miranda D. Means

# EXHIBIT 1

**REDACTED IN ITS ENTIRETY**

# EXHIBIT 2

**REDACTED IN ITS ENTIRETY**

# EXHIBIT 3

**REDACTED IN ITS ENTIRETY**

# EXHIBIT 4

**REDACTED IN ITS ENTIRETY**

# EXHIBIT 5

**REDACTED IN ITS ENTIRETY**

# EXHIBIT 6

**REDACTED IN ITS ENTIRETY**

# EXHIBIT 7

**REDACTED IN ITS ENTIRETY**

# EXHIBIT 8

**REDACTED IN ITS ENTIRETY**