# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-325-WCB<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT SAGITEC SOLUTIONS, LLC'S
### REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendant Sagitec Solutions, LLC ("Sagitec") respectfully requests oral argument on the following Motions:

1. Sagitec's Motion to Strike Paragraphs 9-12 of the Declaration of Anil Gosu filed August 7, 2025 (D.I. 329). Briefing has been completed (D.I. 330, 356, & 362).

2. Plaintiffs' Motion for Sanctions filed July 24, 2025 (D.I. 296). Briefing has been completed (D.I. 297, 350, & 363).

Counsel for Sagitec are available at the Court's convenience for a hearing on the Motions.

| | |
|---|---|
| Of Counsel:<br><br>Christopher K. Larus<br>William E. Manske<br>Rajin S. Olson<br>THOMPSON HINE LLP<br>800 Nicollet Avenue, Suite 2925<br>Minneapolis, MN 55402<br>(612) 605-5900<br>Chris.Larus@ThompsonHine.com<br>William.Manske@ThompsonHine.com<br>Rajin.Olson@ThompsonHine.com<br><br>Dated: September 4, 2025 | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br><br>*/s/ Robert M. Vrana*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 4, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Joshua L. Simmons
Dana DeVlieger
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

Gregg F. LoCascio
Patrick Arnett
Nicholas Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

Ariel Deitchman
KIRKLAN & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116

*Deloitte-Sagitec@kirkland.com*

John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*jshaw@shawkeller.com*
*arussell@shawkeller.com*

*Attorneys for Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street

Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Sagitec Solutions, LLC*

2