## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | C.A. No. 23-325-WCB |

## SAGITEC'S MOTION FOR A COPYRIGHTABILITY HEARING

Defendant Sagitec Solutions, LLC ("Sagitec") respectfully moves the Court for an order setting a briefing schedule and hearing to address the copyrightability of the limited specific portions of software code Deloitte has asserted were copied into Sagitec's Neosurance software in this matter. *See SAS Inst., Inc. v. World Programming Ltd.*, 64 F.4th 1319, 1329-32 (Fed. Cir. 2023) ("To be clear, whether copyright infringement occurred is a factual determination that generally can be reached only after the legal determination of copyrightability has been made. . . . The Copyrightability Hearing . . . on the legal question of copyrightability . . . [is] well-supported by the Federal Rules of Civil Procedure and within the district courts' discretion to manage pre-trial matters[.]").

The grounds for this motion are set forth in the accompanying brief, associated exhibits, and other submissions, filed concurrently with this motion.

WHEREFORE, Sagitec respectfully requests the court enter an order, substantially in the form attached hereto, setting a briefing schedule and hearing.

Date:  February 27, 2026

YOUNG CONAWAY STARGATT &
TAYLOR, LLP


*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

Attorney for Defendant Sagitec Solutions, LLC

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 27, 2026, a copy of the foregoing

document was served on the counsel listed below in the manner indicated:

**<u>BY EMAIL</u>**

Joshua L. Simmons
Dana DeVlieger
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

Gregg F. LoCascio
Nicholas Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

Ariel Deitchman
KIRKLAN & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116

Julien Jean-George Crockett
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
julien.crockett@kirkland.com

Deloitte-Sagitec@kirkland.com

John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*jshaw@shawkeller.com*
*arussell@shawkeller.com*

*Attorneys for Plaintiffs Deloitte Consulting
LLP and Deloitte Development LLC*

2

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Sagitec Solutions, LLC*

Dated: February 27, 2026

2