**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

<table>
<tr><td>

DELOITTE CONSULTING LLP and
DELOITTE DEVELOPMENT LLC,

      Plaintiff,

    v.

SAGITEC SOLUTIONS, LLC,

      Defendant.

</td><td>

C.A. No. 23-325-WCB

</td></tr>
</table>

**[PROPOSED] ORDER GRANTING SAGITEC'S MOTION FOR A
COPYRIGHTABILITY HEARING**

Having considered Sagitec's Motion for a Copyrightability Hearing, and all papers and argument submitted therewith,

IT IS HEREBY ORDERED that the motion is GRANTED, and the Court shall hold a Copyrightability Hearing to evaluate whether the specific materials Deloitte contends were copied are copyrightable. *See SAS Inst., Inc. v. World Programming Ltd.*, 64 F.4th 1319, 1332 (Fed. Cir. 2023). The Court enters the following schedule:

1. Deloitte's opening brief identifying the specific material Deloitte contends was copied into Sagitec's Neosurance software shall be due April 2, 2026.

2. Sagitec's opposition brief identifying "evidence that the allegedly copyrighted material is in fact copyright unprotectable," *id.* at 1328, shall be due April 23, 2026.

3. Deloitte's reply brief "establish[ing] precisely which parts of its asserted work [it contends] are protectable," *id.*, shall be due May 7, 2026.

4. The Court shall conduct a Copyrightability Hearing, with each side having the opportunity to present argument and evidence, on _____.

DATED: _____

_____
HON. WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE