## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DELOITTE CONSULTING LLP and<br>DELOITTE DEVELOPMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAGITEC SOLUTIONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-325-WCB<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT SAGITEC SOLUTIONS, LLC'S
## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendant Sagitec Solutions, LLC ("Sagitec") respectfully

requests oral argument on its Motion for a Copyrightability Hearing filed February 27, 2026 (D.I.

378 ("Motion")).  Briefing has been completed (D.I. 379, 383, 385).

Counsel for Sagitec are available at the Court's convenience for a hearing on the Motion.

<table>
<tr><td>Of Counsel:</td><td>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP</td></tr>
<tr><td>Christopher K. Larus<br>William E. Manske<br>Rajin S. Olson<br>THOMPSON HINE LLP<br>800 Nicollet Avenue, Suite 2925<br>Minneapolis, MN 55402<br>(612) 605-5900<br>Chris.Larus@ThompsonHine.com<br>William.Manske@ThompsonHine.com<br>Rajin.Olson@ThompsonHine.com</td><td><i>/s/ Robert M. Vrana</i><br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com</td></tr>
<tr><td>Dated: March 24, 2026</td><td><i>Attorneys for Defendant</i></td></tr>
</table>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 24, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Joshua L. Simmons
Dana DeVlieger
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

Gregg F. LoCascio
Nicholas Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

Ariel Deitchman
KIRKLAN & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116

Julien Jean-George Crockett
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
julien.crockett@kirkland.com

Deloitte-Sagitec@kirkland.com

John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*jshaw@shawkeller.com*
*arussell@shawkeller.com*

*Attorneys for Plaintiffs Deloitte Consulting
LLP and Deloitte Development LLC*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

Dated: March 24, 2026                    *Attorneys for Sagitec Solutions, LLC*

2