IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DELOITTE CONSULTING LLP and )
DELOITTE DEVELOPMENT LLC, )
　　　　　　　　　　　　　　　 )
　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　 )
　　　　v. )　C.A. No. 23-325-WCB
　　　　　　　　　　　　　　　 )
SAGITEC SOLUTIONS, LLC, )
　　　　　　　　　　　　　　　 )
　　　　　Defendant. )

**JOINT STIPULATION AND ORDER TO AMEND PRE-TRIAL EXCHANGE
SCHEDULING ORDER DEADLINES**

WHEREAS, a five-day jury trial in the above-captioned action is set for July 13, 2026;

WHEREAS, the Court issued a supplemental scheduling order that set certain pretrial exchange deadlines and set the pretrial conference for July 1, 2026, D.I. 389;

WHEREAS, the parties have agreed to attempt to mediate their claims and defenses which, given the joint availability of the mediator, parties, and their counsel, has been scheduled for May 18, 2026;

WHEREAS, the parties have conferred in good faith to discuss deadlines for an orderly and efficient exchange of the components of the parties' joint pretrial order and agree the most efficient approach in light of the parties' upcoming mediation and the deadlines set in the Court's supplemental scheduling order, D.I. 389, is to make modest adjustments to the exchange schedule in a way that modifies exchange deadlines for certain materials but otherwise maintains all current deadlines for submitting materials to the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the

following exchange deadlines for the various joint pre-trial order materials shall be as set forth in

the below table:

| Event | Deadline |
|---|---|
| **Exhibit List** | |
| Parties exchange exhibit lists | June 1, 2026 (unchanged) |
| Parties exchange objections to exhibits | June 15, 2026 (unchanged) |
| Parties' Meet and Confer deadline | June 22, 2026 (unchanged) |
| Parties provide disputed exhibit list and exhibits to Court | June 24, 2026 (unchanged) |
| Conference to address disputes | June 29, 2026 (unchanged) |
| **Deposition Designations** | |
| Parties exchange deposition designations | June 1, 2026 (unchanged) |
| Parties exchange objections to designations and counter designations | June 15, 2026 (unchanged) |
| Parties exchange objections to counter designations and counter-counter designations | June 19, 2026 |
| Parties exchange objections to counter-counter designations | June 22, 2026 |
| Parties' Meet and Confer deadline | June 22, 2026 (unchanged) |
| Parties provide disputed exhibit list and exhibits to Court | June 24, 2026 (unchanged) |
| Conference to address disputes | June 29, 2026 (unchanged) |
| **Witness List** | |
| Parties exchange witness lists | May 19, 2026 |
| Parties thereafter Meet and Confer | No later than June 22, 2026 |
| **Motions in Limine** | |
| Parties exchange list of Motions in Limine | May 26, 2026 |
| Parties Meet and Confer re Motions in Limine | May 28, 2026 |
| Parties exchange opening briefs for Motions in Limine | June 2, 2026 |
| Parties exchange opposition briefs for Motions in Limine | June 18, 2026 |
| Parties exchange reply briefs for Motions in Limine | June 25, 2026 |
| **Pre-Trial Order Cover Pleading** | |
| Deloitte provides Pre-Trial Order cover pleadings (including (1) statement of nature of claims; (2) jurisdictional statement; (3) statement of undisputed and disputed facts; (4) statement of issues of law; (5) statement of proof; (6) brief statement of what each party intends to prove) to Sagitec | June 2, 2026 |

2

| | |
|---|---|
| Sagitec provides edits to Pre-Trial Order cover pleadings to Deloitte | June 16, 2026 |
| Parties thereafter Meet and Confer | No later than June 22, 2026 |
| **Jury Instructions, Voir Dire, and Verdict Form** | |
| Deloitte provides jury instructions, voir dire questions, and verdict form to Sagitec | June 2, 2026 |
| Sagitec provides edits to jury instructions, voir dire questions, and verdict form to Deloitte | June 16, 2026 |
| Parties thereafter Meet and Confer | No later than June 22, 2026 |
| Parties submit jury instructions, voir dire questions, and verdict form to Court | June 26, 2026 (unchanged) |
| **Trial and Pre-Trial Conference** | |
| Pre-Trial Order Submission | June 26, 2026 (unchanged) |
| Pretrial Conference | July 1, 2026 (unchanged) |

SHAW KELLER LLP

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com

OF COUNSEL:
Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Gregg F. LoCascio
Nick Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
(202) 389-5000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert M. Vrana
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

OF COUNSEL:
Christopher K. Larus
William E. Manske
Rajin S. Olson
THOMPSON HINE LLP
800 Nicollet Avenue, Suite 2925
Minneapolis, MN 55402
(612) 605-5900

*Attorneys for Defendant*
*Sagitec Solutions, LLC*

3

John F. Hartmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7419

Ariel Deitchman
KIRKLAND & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
(305) 432-5676

Julien Jean-George Crockett
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

*Attorneys for Plaintiffs Deloitte Consulting
LLP and Deloitte Development LLC*

Dated: May 8, 2026


      IT IS SO ORDERED this _____ day of _____, 2026.


                             _____
                             The Honorable William C. Bryson

4