**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| DELOITTE CONSULTING LLP AND DELOITTE DEVELOPMENT LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 23-325-WCB |
| v. | ) ) | |
| SAGITEC SOLUTIONS LLC, | ) ) | |
| Defendant. | ) ) ) | |

**JOINT PROPOSED VOIR DIRE**

Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC (collectively, "Deloitte") and Sagitec Solutions LLC ("Sagitec"), by their undersigned counsel, hereby submit their joint proposed voir dire:

1. Have you, a member of your immediate family—such as a spouse, child, parent, or sibling—or anyone close to you, ever worked for, owned stock in, or had a business relationship with, any of the following companies:

   - Deloitte
   - Deloitte Consulting LLP
   - Deloitte Development LLC
   - Sagitec Solutions LLC

2. Have you, a member of your immediate family, or anyone close to you, ever had any experience, good or bad, with the services of any of those companies or otherwise have any strong feelings toward any of these companies?

3. I will now read to you a list of the law firms and attorneys involved in this litigation:

- Kirkland & Ellis LLP

- Shaw Keller LLP

- Robins Kaplan LLP

- Thompson Hine LLP

- Young Conaway Stargatt & Taylor, LLP

- Victor Cedeño

- Julien Jean-George Crockett

- Anne Shea Gaza

- Gregg F. LoCascio

- Christopher K. Larus

- William E. Manske

- Miranda D. Means

- Rajin S. Olson

- Andrew E. Russell

- John W. Shaw

- Joshua L. Simmons

- Nick Teleky

- Kelly Tripathi

- Robert M. Vrana

Do you know any of these attorneys or law firms?

4.    Have you, a member of your immediate family, or anyone close to you, ever had any business dealings with, or been employed by, any of these attorneys or law firms?

5.    I will now read to you a list of the individuals who might appear as witnesses in this case:

- Neil Adcox

- Houda Amoakuh

- Sue Athens

- Thomas Britven

- Rick Deshler

- Anil Gosu

- Chris Gerardi

- Piyush Jain

- Annica Jin-Hendel

- Venkat Kakula

- Ranjith Kotcherlakota

- Rena Kottcamp

- Jonathan Krein

- Scott Malm

- Kristen McCallion

- Monty Myers

- Mark Lanterman

- Chris Madel

- Scott Malm

- David Minkkinen

- Sindhu Nair

- Benjamin Peirce

- Chris Peretto

- Karthik Sadasivam

- Sivaraman Sambasivam

- Pankaj Sharma

- Tom Zacharias

Do you know any of these potential witnesses?

6.      This case involves software related to the administration of unemployment insurance benefits.  Have you, a member of your immediate family, or anyone close to you, ever applied for unemployment insurance benefits from a state?

7.      Have you, a member of your immediate family, or anyone close to you, ever worked for a state government to administer unemployment insurance benefits?

8.      Have you, a member of your immediate family, or anyone close to you, ever worked in the unemployment insurance business?

9.      Have you, a member of your immediate family, or anyone close to you, ever worked in software development?

10.      [**Sagitec Proposal**: Have you, a member of your immediate family, or anyone close to you, ever worked in human resources?]

11.      [**Sagitec Proposal**: Have you, a member of your immediate family, or anyone close to you, ever worked drafting contracts or policies?][1]

---

[1] **Deloitte's Position:** Questions 10 and 11 concern whether members of the jury have experience with human resources and drafting contracts or policies.  That is not relevant to this case and unnecessary to include in the Court's voir dire.

**Sagitec's Position**: Voir dire questions are not limited to what is "relevant" to a case. Regardless, potential jurors' experiences with human resources or drafting contracts or policies are relevant to this case given the numerous employment and contractual issues in the record. Sagitec respectfully requests that the Court include these questions.

12.    [**Sagitec Proposal**: Have you, a member of your immediate family, or anyone close to you, ever worked in a business where you created original content, such as art, music, or literature, or software?][2]

13.    Have you, a member of your immediate family, or anyone close to you, ever been a party to a lawsuit?

14.    Have you, a member of your immediate family, or anyone close to you, ever been involved in a dispute involving the use of confidential information; for example, have you or anyone close to you, been accused of taking or using confidential information from a prior employer?

15.    Have you, a member of your immediate family, or anyone close to you, ever owned or worked for your own business?

16.    Have you ever been educated, employed, or trained in computer science or computer coding?

17.    Have you ever been educated, employed, trained, or have any experience in intellectual property, like copyrights, patents, trade secrets, or trademarks?

18.    Have you had any experience with intellectual property, such as copyrights, trademarks, trade secrets or patents?

---

[2] **Deloitte's Position:** Question 12 uses the word "original."  Under the Copyright Act, however, that word means that the work is minimally creative and independently created, and this question, particularly if it is to come from the Court, suggests a legally incorrect, narrower definition of "original."

**Sagitec's Position:** This is voir dire, not jury instructions. The jury will be instructed on originality at trial. Prospective jurors' experience as creators is relevant to how they may view intellectual property issues and is an entirely appropriate voir dire question. Sagitec respectfully requests that the Court include this question.

19.    Do you have any strong feelings about large companies, either positive or negative?

20.    Other than what you have heard in the brief description given today of the case, does anyone know or has anyone heard anything about this case?

21.    If you are selected to sit as a juror in this case, are you aware of any reason why you would not be able to follow the law as I give it to you or render a verdict based solely on the evidence presented at trial?

SHAW KELLER LLP

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

OF COUNSEL:

Gregg F. LoCascio
Kelly Tripathi
Nick Teleky
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
(202) 389-5000

Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

Julien Jean-George Crockett
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

*Attorneys for Plaintiffs Deloitte Consulting
LLP and Deloitte Development LLC*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

OF COUNSEL:
Christopher K. Larus
William E. Manske
Rajin S. Olson
THOMPSON HINE LLP
800 Nicollet Avenue, Suite 2925
Minneapolis, MN 55402
(612) 605-5900

*Attorneys for Defendant
Sagitec Solutions, LLC*

Dated:  June 26, 2026

7