IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELOITTE CONSULTING LLP and DELOITTE DEVELOPMENT LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 23-325-WCB |
| SAGITEC SOLUTIONS, LLC, | ) ) | |
| Defendant. | ) | |

**STIPULATED ORDER OF DISMISSAL**

Plaintiffs Deloitte Consulting LLP and Deloitte Development LLC ("Deloitte") and

Defendant Sagitec Solutions, LLC ("Sagitec") agree to voluntary dismissal of all claims brought

against Sagitec without prejudice with each party to bear its own costs, expenses, and attorneys'

fees.

Thus, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure

41(a)(1)(A)(ii) that all claims brought in this action are dismissed without prejudice with each

party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Robert M. Vrana* |
| Karen E. Keller (No. 4489) | Anne Shea Gaza (No. 4093) |
| Andrew E. Russell (No. 5382) | Robert M. Vrana (No. 5666) |
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT |
| I.M. Pei Building | & TAYLOR, LLP |
| 1105 North Market Street, 12th Floor | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| (302) 298-0700 | Wilmington, DE 19801 |
| kkeller@shawkeller.com | (302) 571-6600 |
| arussell@shawkeller.com | agaza@ycst.com |
| | rvrana@ycst.com |
| *Attorneys for Plaintiffs Deloitte Consulting* | |
| *LLP and Deloitte Development LLC* | *Attorneys for Defendant Sagitec Solutions,* |
| | *LLC* |

Dated: June 30, 2026

SO ORDERED this _____ day of _____, 2026.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

2